HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| JEREMY WARTA<br>*Plaintiff*<br>v.<br>PORTER, MCGUIRE, & KIAKONA, LLP<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 1:21-cv-100 LEK-WRP<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Porter, McGuire, & Kiakona, LLP
c/o Kapono F.H. Kiakona
841 Bishop Street, Suite 1500
Honolulu, Hawaii 96813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Justin A. Brackett, Esq.
515 Ward Avenue
Honolulu, Hawaii 96814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



MICHELLE RYNNE

*CLERK OF COURT*

Date: February 17, 2021

/S/ MICHELLE RYNNE, by: J.I., Deputy Clerk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 21-00100 LEK-WRP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Porter, McGuire, & Kiakona, LLP
was received by me on *(date)* 03/20/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nanealani Wilson, Legal Assistant, who is designated by law to accept service of process on behalf of *(name of organization)* Porter, McGuire & Kiakona, LLP at 841 Bishop St #1500, Honolulu HI 96813 on *(date)* 04/20/2021 at 11:18am ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Nanealani took the documents in the back of the office for one of the partners to review. She said they authorized her to accept for their firm.

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: APR 2 2 2021

*Server's signature*

TAD Y. OIE
CIVIL PROCESS SERVER
*Printed name and title*

PO BOX 283163
HONOLULU HI 96828
(808) 729-1778
*Server's address*

Additional information regarding attempted service, etc:

Nanealani Wilson
4/20/21