IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEREMY WARTA, | ) | CIVIL NO. 1:21-cv-00100 LEK-WRP |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| PORTER, MCGUIRE, & KIAKONA, LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, a true and correct copy of the foregoing document was duly served upon the following persons by the method of service indicated below:

**Served Electronically through CM/ECF:**

JUSTIN A. BRACKETT, ESQ.          justinbrackettlaw@gmail.com
515 Ward Avenue
Honolulu, Hawaii 96814

     - and -

63108472.1

BRUCE F. SHERMAN, ESQ.    bfs@bfshermanlaw.com
1050 Bishop Street, No. 509
Honolulu, Hawaii 96813
 Attorneys for Plaintiff
 Jeremy Warta

DATED: Honolulu, Hawaii, November 15, 2021.

        /s/ Sabrina M. Kawana
        BENNETT J. CHIN
        MIA D. OBCIANA
        SABRINA M. KAWANA

        Attorneys for Defendant
        Porter McGuire Kiakona, LLP