GORDON REES SCULLY MANSUKHANI, LLP

BENNETT J. CHIN         #6439-0
MIA D. OBCIANA          #8424-0
SABRINA M. KAWANA       #10786-0
915 Fort Street Mall, Suite 601
Honolulu, Hawaii 96813
Telephone No.: (808) 441-1830
Facsimile No.: (808) 464-6535
E-mail:   bchin@grsm.com; mobciana@grsm.com;
          skawana@grsm.com

Attorneys for Defendant
Porter McGuire Kiakona, LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEREMY WARTA, | CIVIL NO. 1:21-cv-00100 LEK-WRP |
| Plaintiff, | FIRST STIPULATION REGARDING EXTENSION OF |
| vs. | PRETRIAL DEADLINES AND ORDER |
| PORTER, MCGUIRE, & KIAKONA, LLP, | [Relates to ECF No. 15] |
| Defendant. | Trial Date: June 6, 2022<br>Judge: Hon. Leslie E. Kobayashi |

FIRST STIPULATION REGARDING
EXTENSION OF PRETRIAL DEADLINES

WHEREAS, the Parties agree to modify certain pretrial deadlines in the

Rule 16 Scheduling Order, filed on June 2, 2021 [ECF No. 15], which was

subsequently modified by the electronic order entered on November 30, 2021 [ECF No. 29].

IT IS HEREBY STIPULATED THAT:

1. The oral deposition of Laree McGuire, to be taken remotely via video conference, will be rescheduled from January 5, 2022 to a mutually agreeable date on or after January 17, 2022, or soon thereafter. *See* ECF No. 33.

2. Plaintiff's deadline for Expert Witness Disclosures is extended from January 10, 2022, to **February 7, 2022**.

3. Defendant's deadline for Expert Disclosures is extended from February 9, 2022, to **March 7, 2022**.

4. The Parties' deadline to file Dispositive Motions is extended from February 9, 2022, to **March 7, 2022**.

This Stipulation is made pursuant to Local Rules 6.2 and 10.5, and Fed. R. Civ. P. 29.

DATED: Honolulu, Hawaii, December 31, 2021.

/s/ Sabrina M. Kawana
BENNETT J. CHIN
MIA D. OBCIANA
SABRINA M. KAWANA

Attorneys for Defendant
Porter McGuire Kiakona, LLP

/s/ Justin A. Brackett
JUSTIN A. BRACKETT
BRUCE F. SHERMAN

Attorneys for Plaintiff
Jeremy Warta

**APPROVED AND SO ORDERED:**

DATED AT HONOLULU, HAWAII, JANUARY 3, 2022.



Wes Reber Porter
United States Magistrate Judge

*JEREMY WARTA v. PORTER MCGUIRE KIAKONA, LLP; Civil No. 1:21-cv-00100-LEK-WRP;*
FIRST STIPULATION REGARDING EXTENSION OF PRETRIAL DEADLINES AND ORDER

3