JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, Hawaii 96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

BRUCE F. SHERMAN (HI Bar No. 5996)
1050 Bishop Street, #509
Honolulu, Hawaii 96813
Telephone: (808) 221-0901
Email: bfs@bfshermanlaw.com

*Attorneys for Plaintiff*
Jeremy Warta

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEREMY WARTA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PORTER, MCGUIRE, & KIAKONA, LLP.,<br><br>　　　　　　Defendant. | CIVIL NO. 1:21-CV-00100 LEK-WRP<br><br>STIPULATION REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND ORDER<br><br><br>Trial Date: June 6, 2022<br>Trial Judge: Hon. Leslie E. Kobayashi |

### STIPULATION REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

WHEREAS, the Parties have met and conferred and have come to an agreement on Plaintiff's Motion for Leave to File Amended Complaint for

Damages Declaratory and Injunctive Relief, filed on December 10, 2021 [ECF No. 30] ("Motion to Amend").

IT IS HEREBY STIPULATED THAT:

1. Plaintiff has proposed a revised amended complaint which Defendant has reviewed and approved.

2. Defendant stipulates to permit Plaintiff to file the attached amended pleading. See Amended Complaint, attached hereto as Exhibit A.

3. Upon the Court's approval of this Stipulation and Plaintiff's filing of the attached Amended Complaint, Plaintiff's Motion to Amend is rendered moot.

This Stipulation is made pursuant to FRCP 15, as well as Local Rules 7.8, 10.4, and 10.5.

DATED: Honolulu, Hawaii, January 7, 2022.

| | |
|---|---|
| */s/ Justin A. Brackett* | */s/ Sabrina M. Kawana* |
| Justin A. Brackett, Esq. | Bennett J. Chin, Esq. |
| Bruce F. Sherman, Esq. | Sabrina M. Kawana, Esq. |
| | Mia D. Obciana, Esq. |
| *Attorneys for Plaintiff* | |
| Jeremy Warta | *Attorneys for Defendant* |
| | Porter, McGuire, & Kiakona, LLP. |

APPROVED AND SO ORDERED:

DATED AT HONOLULU, HAWAII, JANUARY 7, 2022.



_____

Wes Reber Porter
United States Magistrate Judge

Jeremy Warta v. Porter McGuire Kiakona, LLP; Civil No. 1:21-cv-00100 LEK-WRP; Stipulation Regarding Plaintiff's Motion for Leave to File an Amended Complaint and Order