**Subject:** Re: plumeria hale/Warta; Civ No 16-1-1777
**From:** Bruce Sherman <bfs@bfshermanlaw.com>
**Date:** 1/24/19, 11:36 AM
**To:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
**BCC:** HMWarta <hmwarta@yahoo.com>

<u>**SUBJECT TO RULE H.R.E. RULE 408**</u>

Marcus,
   Mr. Warta will want to know the actual breakdown of attorney fees. My understanding is that he is on an automatic payment plan, so it is surprising that he is in arrears for maintenance fees and electric charges. If his payments have been first going to satisfy the alleged attorneys fees and not being credited towards his maintenance fees/electric fees, thus resulting in the maintenance fees being in arrears then confirm this. Basically, without prevailing in a case your client is awarding itself attorneys fees and then transforming these into late or non-payed maintenance fees/electric. I will, of course forward your letter to Mr. Wart, but I cannot advise him to accept the amount of your alleged attorney fees on faith. Mr. Warta needs to see the actual invoices. You can understand this in the context of this litigation. Furthermore, if Mr. Warta's credit has been impaired in any way as a result of your attorneys fees/maintenance fees then that is another matter. I would also need to see the AOAO's monthly invoices to Mr. Warta beginning at the time of the first alleged violation on a month by month basis. It is my hope that we can resolve this without further litigation, but without the documents described above, it is impossible to competently advise Mr. Warta. It may be best if we discuss these matters by telephone.
   Sincerely,
   Bruce

On 1/24/19 10:39 AM, Marcus Busekrus wrote:

> Hi Bruce,
> Hope all is well.  I am following up to see if we can finally settle the issue of attorneys' fees in this matter.  I spoke with the Board at length, and I explained that litigation is never a sure thing.  I worked with them to try and come up with a number that both parties could live with, in the hopes that we wouldn't have to bargain back and forth endlessly.
> Mr. Warta's current account balance is $28,300.35 (comprised of maintenance fees, late fees, electricity charges, and attorneys' fees).  The Board agreed to offer a payment plan that would credit $15,000 to Mr. Warta's current account, leaving him with a total balance of only $13,300.35 to pay over a three-year period.  The Association would make no other claim for attorneys' fees, and Mr. Warta would be responsible to pay you whatever fees you incurred on his behalf.  We have drafted a settlement agreement and payment plan letter that captures these essential terms.  We ask that you please review with your client and let us know if this works.
> Thank you,
> Marcus
>
>
> **Marcus A. Busekrus ● Associate**

**EXHIBIT B**

Direct Line (808) 539 1148 mbusekrus@HawaiiLegal.com



HawaiiLegal.com

(808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

**If this communication relates to a debt, THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.**

**From:** Bruce Sherman <bfs@bfshermanlaw.com>
**Sent:** Monday, November 05, 2018 3:14 PM
**To:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
**Subject:** Re: plumeria hale/Warta; Civ No 16-1-1777

Marcus,
I have no objection at all to your request for an extension.
Sincerely,
Bruce

On 11/5/18 3:03 PM, Marcus Busekrus wrote:

> Hi Bruce,
> Hope all is well.  As an update, we are currently working with the board for approval of a settlement offer in the vein of what we previously discussed.  We expect to get you the offer shortly so you can discuss with Jeremy and we can close this matter.  In the meantime, our pre-trial statement in the Declaratory Action is due November 20.  Would you object to our request for an extension of time to file pre-trial statement?
> Thanks much,
> Marcus
>
> **Marcus A. Busekrus • Associate**
> Direct Line (808) 539 1148 mbusekrus@HawaiiLegal.com
>
> 
>
> HawaiiLegal.com
>
> (808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

> CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.
>
> **If this communication relates to a debt, THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.**



**HawaiiLegal.com**

(808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

*If this communication relates to a debt,* THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.

**From:** Bruce Sherman <bfs@bfshermanlaw.com>
**Sent:** Wednesday, February 05, 2020 3:38 PM
**To:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
**Cc:** Justin Brackett <justinbrackettlaw@gmail.com>

[Quoted text hidden]

[Quoted text hidden]

**Marcus Busekrus** <mbusekrus@hawaiilegal.com>   Fri, Feb 7, 2020 at 4:16 PM
To: bfs@bfshermanlaw.com, Justin Brackett <justinbrackettlaw@gmail.com>
Cc: Kapono Kiakona <kkiakona@hawaiilegal.com>

Bruce, Justin,

**Assuming Mr. Warta pays all his delinquent maintenance fees and electricity payments**, the only remaining balance on his ledger will be for attorneys' fees ($25,457.90) and late fees ($220.00), for a total of $25,677.90.  The Board's counter-offer to settle this case is to discount $15,000 from the total attorneys' fees and late fees assessed to his ledger and accept a total payment by Mr. Warta of $10,677.90 in satisfaction of the attorneys' fees and late fees claimed.  The Association may also be open to a long-term payment plan (i.e., more than a year).  As far as Mr. Warta's payment of the delinquent Maintenance Fee and Electricity charges, that amount will be provided in a separate payoff letter.

Thanks and we look forward to your response.

Marcus

Counsel for AOAO Plumeria Hale

**Marcus A. Busekrus • Associate**

Direct Line  (808) 539 1148  mbusekrus@HawaiiLegal.com



**HawaiiLegal.com**

(808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

*If this communication relates to a debt, THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.*

**From:** Bruce Sherman <bfs@bfshermanlaw.com>
**Sent:** Wednesday, February 05, 2020 3:38 PM
**To:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
**Cc:** Justin Brackett <justinbrackettlaw@gmail.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Bruce Sherman** <bfs@bfshermanlaw.com>    Fri, Feb 21, 2020 at 12:07 PM
Reply-To: bfs@bfshermanlaw.com
To: Justin Brackett <justinbrackettlaw@gmail.com>

> Justin,
> No clear date, but we should respond in the not too distant future.
> Bruce
>
> -------- Forwarded Message --------
> **Subject:** RE: Plumeria Hale v. Warta
>   **Date:** Fri, 7 Feb 2020 16:16:47 -1000
>   **From:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
>     **To:** bfs@bfshermanlaw.com, Justin Brackett <justinbrackettlaw@gmail.com>
>     **CC:** Kapono Kiakona <kkiakona@hawaiilegal.com>
> [Quoted text hidden]

---

**Bruce Sherman** <bfs@bfshermanlaw.com>    Wed, Feb 26, 2020 at 4:48 PM
Reply-To: bfs@bfshermanlaw.com
To: HMWarta <hmwarta@yahoo.com>, Justin Brackett <justinbrackettlaw@gmail.com>

> Jay,

> We will relay this to Mr. Warta and respond accordingly. Please advise as to how much is currently due to the Association for unpaid dues and how much is due to the Association for unpaid electricity. Thanks in advance.
>
> Sincerely,
>
> Justin A. Brackett, Esq.
>
> 515 Ward Avenue
>
> Honolulu, HI 96814
>
> (808) 377-6778
>
> CONFIDENTIALITY and ANTI-SIGNATURE STATEMENT
>
> ```
> This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C.A.
> §2510 et seq., and is legally protected. The information contained in this e-mail
> and any attachments is intended only for use by the individual (or entity) for whom
> it was composed and intended-not necessarily to whom it was sent. This e-mail
> message contains information from the law firm of Justin A. Brackett, Attorney At
> Law and may be privileged, confidential, and prohibited from disclosure under
> applicable rule or law. To the extent that anything contained herein is privileged,
> you are notified that Justin A. Brackett, Attorney At Law has disclosed such
> inadvertently and should not be construed to be a voluntary disclosure. You are
> hereby notified that any use, disclosure, dissemination, distribution, copying or
> storage of this communication is strictly prohibited. Unless expressly stated to the
> contrary in this e-mail, nothing herein should be construed as a digital or
> electronic signature. If you have received this information in error, please notify
> our firm's Chief of Operations immediately by telephone at (808)377-6778, and then
> fully delete this message from your computer system and destroy any hard copies you
> may have.
> ```
>
> On Fri, Apr 24, 2020 at 3:01 PM Marcus Busekrus <mbusekrus@hawaiilegal.com> wrote:
>
>> Hello Justin and Bruce,
>>
>> I have spoken to the Board again regarding this matter than they have instructed me to offer your client a settlement offer whereby he pays to the Association a sum of $35,000.00 (thirty-five thousand) for the Association to dismiss the case, release the lien, and to zero out Mr. Warta's delinquency (including any unpaid maintenance fees and electricity charges), and he will be responsible for his own attorneys' fees. This offer nullifies all prior offers made regarding this matter. Please let us know your response.
>>
>> Thanks,
>>
>> Marcus
>>
>> **Marcus A. Busekrus • Associate**
>>
>> Direct Line (808) 539 1148   mbusekrus@HawaiiLegal.com

**HawaiiLegal.com**

(808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

*CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.*

*If this communication relates to a debt, THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.*

**From:** Justin Brackett <justinbrackettlaw@gmail.com>
**Sent:** Friday, February 28, 2020 1:53 PM
**To:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
**Cc:** Bruce Sherman <bfs@bfshermanlaw.com>; Kapono Kiakona <kkiakona@hawaiilegal.com>; Kimberly McCaskey <kmccaskey@hawaiilegal.com>
**Subject:** Re: Plumeria Hale v. Warta

Aloha Marcus,

Thanks for sending the January 25, 2020 offer to settle this case for $13,300.35 and the February 7, 2020 email offering to settle for $10,677.90. Note that these offers conflict with the February 20, 2020 demand letter from your firm seeking payment of $41,515.37. To that end, and in furtherance of settlement discussions, I request responses to the following questions:

1) Are the demands for maintenance fees so high because some of Mr. Warta's automatic debits have been applied to attorney fees? If so, when were Mr. Warta's maintenance payments last applied to attorney fees? How much of his maintenance fees were applied to attorney fees?

2) Are the electricity bills getting mailed directly to Mr. Warta?

3) Why are the attorneys' fees $19,630.81 as of January 25, 2020, but then $32,263.28 as of February 20, 2020?

I look forward to your response. Finally, please refrain from denigrating my co-counsel and blaming him for your firm's actions, as you did in your January 24, 2020 email to me. It is unprofessional on your part to do so. Please also make sure to include my co-counsel on all future correspondence.

Sincerely,

Justin A. Brackett, Esq.