<u>HRE Rule 408 Communication</u>

Hi Bruce,

As I recall, we left off where the Court determined that the issue of the dog was moot, and that the only issue remaining in this matter was legal fees. The Court instructed us to try and work out a settlement on attorneys' fees or to file cross-motions for attorneys' fees.

Thereafter, the Association made your client Mr. Warta a very generous offer to cut $15,000.00 off of its total claim for unpaid maintenance fees, fines, and legal fees (which is more than half off the total claim). You responded only by saying that you could not consider the offer or make a counter-offer until you had seen the Association's legal invoices and reviewed them with your client. You also indicated that you were only in sporadic communication with your client.

The Association has since agreed to your request and had sent you redacted copies of the Associations legal invoices on Sept 25, 2019. However, rather than responding with an acceptance or counter offer, as you indicated was your intent, you responded by filing a motion to dismiss. We find this response to be troubling as it appears to be directly contrary to your prior representations. By filing the motion, it appear as if your request for the legal invoices was *not a good faith attempt to reach a settlement but was a pretense*, and that you never really intended to consider the offer or make a reasonable counter offer after reviewing them.

**As such, we ask that you confirm whether you are in contact with your client at all. If so, confirm that you are indeed reviewing the invoices and offer with him and that you are discussing settlement as you had previously indicated.**

**EXHIBIT F**

Since you have filed your motion, we assume you do not wish to engage in any settlement discussion.  Please confirm your intent within 5 days so we can plan accordingly.  Please note that the Association is ready and willing to proceed on the merits of the motion if no settlement agreement is reached.

Thank you

Marcus

**Marcus A. Busekrus • Associate**

Direct Line (808) 539 1148 mbusekrus@HawaiiLegal.com



PORTER · McGUIRE · KIAKONA · CHOW · LLP