GORDON REES SCULLY MANSUKHANI, LLP

BENNETT J. CHIN         #6439-0
MIA D. OBCIANA          #8424-0
SABRINA M. KAWANA       #10786-0
915 Fort Street Mall, Suite 601
Honolulu, Hawaii 96813
Telephone No.: (808) 441-1830
Facsimile No.:  (808) 464-6535
E-mail:  bchin@grsm.com; mobciana@grsm.com;
         skawana@grsm.com

Attorneys for Defendant
Porter McGuire Kiakona, LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JEREMY WARTA, | ) | CIVIL NO. 1:21-cv-00100 LEK-WRP |
|---|---|---|
| Plaintiff, | ) | DEFENDANT PORTER MCGUIRE KIAKONA, LLP'S CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS MOTIONS FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF KAPONO KIAKONA; DECLARATION OF COUNSEL; EXHIBITS 1-11 |
| vs. | ) | |
| PORTER, MCGUIRE, & KIAKONA, LLP, | ) | |
| Defendant. | ) | |
| | ) | Trial Date:  June 6, 2022 |
| | ) | Judge: Hon. Leslie E. Kobayashi |

DEFENDANT PORTER MCGUIRE KIAKONA, LLP'S
CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS
MOTIONS FOR PARTIAL SUMMARY JUDGMENT

1.      Porter McGuire Kiakona, LLP ("PMK"), for over thirty years, has

provided legal services and expertise for its clients in the City and County of

65263880.1

Honolulu and State of Hawaii in a variety of areas. Declaration of Kapono Kiakona [hereinafter "Kiakona Decl."] at ¶ 5.

2. PMK has five main practice areas in community association law, real estate litigation, commercial litigation, construction litigation, and family law. Kiakona Decl. at ¶ 5.

3. PMK's primary purpose is not to collect debts, but rather offers a range of legal services to their clients, including debt collection in commercial litigation, enforcement of association rules of covenants, delinquent assessments, and related litigation matters. Kiakona Decl. at ¶ 6.

4. At all relevant times, PMK represented the Association of Apartment Owners of Plumeria Hale (the "AOAO"), including from 2016 through the present. Kiakona Decl. at ¶ 6.

5. Plaintiff Jeremy Warta ("Warta") owns Unit 604 at the Plumeria Hale condominium, located at 2630 Kapiolani Boulevard, Honolulu, Hawaii 96826. Kiakona Decl. at ¶ 8.

6. As unit owner, Warta is subject to the rules of restrictions established by the governing documents of Plumeria Hale, including the declaration, bylaws, and house rules. Kiakona Decl. at ¶ 9.

7. Warta is contractually obligated to pay the AOAO's attorneys' fees and costs resulting from covenant enforcement actions. Kiakona Decl. at ¶ 10; *see* FAC ¶ 24.

8. At the time PMK initiated covenant enforcement, PMK was not attempting to collect delinquent payments or assessments. Kiakona Decl. at ¶ 10.

9. On September 20, 2016, PMK filed a Complaint for Declaratory and Injunctive Relief in the Circuit Court of the First Circuit of the State of Hawaii, *AOAO Plumeria Hale v. Jeremy Warta*, Civil No. 16-1-1777 (BIA). Kiakona Decl. at ¶ 10; *see* Exhibit 2.

10. Warta was represented by counsel, in relation to the underlying Circuit Court Action, since October 2018. Kiakona Decl. at ¶¶ 14, 15, 21; *see* Exhibit 2.

11. By request of Warta's counsel in the Circuit Court Action, PMK filed the appropriate motion to seal the records containing personal information. Exhibit 8 (Busekrus Decl. at ¶ 11).

12. The Circuit Court declined to impose sanctions pursuant to Rule 9.5 of the Hawaii Court Records Rules ("HCRR"). Kiakona Decl. at ¶ 18.

13. The records containing personal information were sealed by the Order Granting Plaintiff [AOAO]'s Ex Parte Motion to Seal Pages in Record Pursuant to

HCRR Rule 9, entered on January 17, 2018 [Dkt. 29] in the Circuit Court Action. Kiakona Decl. at ¶ 16; Exhibit 3.

14. PMK's counsel of record, Marcus A. Busekrus attests that "the inclusion of the doctor's note in the record was an honest oversight, made in good faith, and was included only to provide a complete record of the correspondence between the parties." *See* Exhibit 8 (Busekrus Decl. at ¶ 11).

15. Warta initiated this Federal Lawsuit on February 17, 2021. *See* Complaint for Damages and Declaratory Relief and Injunctive Relief [ECF No. 1].

16. Warta's FDCPA claims are subject to a one-year statute of limitation, and is limited to allegations that occurred on or after February 17, 2020, which is one-year prior to the filing of the Complaint in this Federal Action. *See* 15 U.S.C. § 1692k.

17. In the relevant period, after February 17, 2020, PMK communicated with Warta's counsel regarding Warta's delinquent payments to the AOAO. *See* Kiakona Decl. at ¶ 22-26; *see also* Exhibit 8 (Busekrus Decl. at ¶ 18).

18. The February 20, 2020 letter from Kapono Kiakona to Justin A. Brackett and Bruce F. Sherman provided the breakdown of updated amounts due to the AOAO in furtherance of settlement negotiations. Kiakona Decl. at ¶¶ 22-26; Exhibit 4; *see* Exhibit 5 (email dated February 5, 2020, in which Mr. Sherman requests specific information regarding the breakdown of charges).

19. The information provided by PMK pursuant to settlement negotiations is now the basis of Warta's claims against PMK for FDCPA violations, UDAP, and negligent or intentional misrepresentation claims.  *See* Kiakona Decl. at ¶ 26; *compare* FAC ¶¶ 31-33 and Exhibit B.

20. The arguments raised by Warta in the Circuit Court Action in its Memorandum in Opposition to Defendant's Motion to Set Aside Default Entered April 24, 2017 [Dkt. 91] are the same as many allegations in the FAC.  *Compare* Exhibit 8 and FAC.

21. The Circuit Court adjudicated the reasonableness issue of PMK attorneys' fees and costs awarded to the AOAO in the Circuit Court Action.  *See* Exhibit 10.

22. Final judgment in the Circuit Court Action was entered on January 24, 2022 [Dkt. 141].  Exhibit 11.

23. Warta did not notice an appeal in the State Court Action.  *See* Exhibit 2.

DATED:  Honolulu, Hawaii, March 7, 2022.

/s/ Sabrina M. Kawana
BENNETT J. CHIN
MIA D. OBCIANA
SABRINA M. KAWANA

Attorneys for Defendant
Porter McGuire Kiakona, LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEREMY WARTA, | ) | CIVIL NO. 1:21-cv-00100 LEK-WRP |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| PORTER, MCGUIRE, & KIAKONA, LLP, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, a true and correct copy of the foregoing document was duly served upon the following persons by the method of service indicated below:

**Served Electronically through CM/ECF:**

JUSTIN A. BRACKETT, ESQ.   justinbrackettlaw@gmail.com
515 Ward Avenue
Honolulu, Hawaii 96814

- and -

65263880.1

BRUCE F. SHERMAN, ESQ.    bfs@bfshermanlaw.com
1050 Bishop Street, No. 509
Honolulu, Hawaii 96813
 Attorneys for Plaintiff
 Jeremy Warta

DATED:  Honolulu, Hawaii, March 7, 2022.

        /s/ Sabrina M. Kawana
        BENNETT J. CHIN
        MIA D. OBCIANA
        SABRINA M. KAWANA

        Attorneys for Defendant
        Porter McGuire Kiakona, LLP