IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEREMY WARTA, | ) | CIVIL NO. 1:21-cv-00100 LEK-WRP |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| PORTER, MCGUIRE, & KIAKONA, LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF COUNSEL

I, SABRINA M. KAWANA, hereby declare that:

1. I am an attorney licensed to practice law in the State of Hawaii.

2. I make this declaration in support of (1) Defendant Porter McGuire Kiakona, LLP's Motion for Partial Summary Judgment as to Count I, Fair Debt Collections Practices Act, and (2) Defendant Porter McGuire Kiakona, LLP's Motion for Partial Summary Judgment on Counts II, III, IV, and IV.

3. As an associate at Gordon Rees Scully Mansukhani, LLP, I have personal knowledge of and access to the records and files kept in the normal course of business, made at or near the time by an individual with knowledge of such matters, and kept in the course of regularly conducted business activity of Gordon Rees Scully Mansukhani, LLP.

65271020.1

4. This declaration is made on personal knowledge unless otherwise stated.

5. This Motion is made following the telephonic conference of counsel pursuant LR. 7.8, which occurred on February 28, 2022, between Mia D. Obciana, Esq. and Sabrina M. Kawana, Esq. on behalf of Defendant Porter McGuire Kiakona, LLP ("PMK"), and Justin A. Brackett, Esq. and Bruce F. Sherman, Esq. on behalf of Plaintiff Jeremy Warta ("Warta").

6. Attached hereto as **Exhibit 1** is a true and correct copy of the Amended Complaint for Damages Declaratory and Injunctive Relief, Exhibits A – O, and Summons, filed on January 24, 2022 [ECF No. 44].

7. Pursuant to Rule 201 of the Federal Rules of Evidence ("FRE"), PMK respectfully requests this Honorable Court take judicial notice of the pleadings and files in this case, inasmuch as these are public records whose adequacy cannot be reasonably called into question.

8. Attached hereto as **Exhibit 2** is a true and correct copy of the docket of *AOAO Plumeria Hale v. Jeremy Warta*, Civil No. 16-1-01777 (BIA), filed in the Circuit Court of the First Circuit, State of Hawaii ("Circuit Court Action"). I downloaded this document from the publically available information on eCourt Kokua on March 7, 2022.

9. Pursuant to FRE Rule 201, PMK respectfully requests the Court take judicial notice of the docket, along with the pleadings and files of the Circuit Court Action, as they are public records and not subject to reasonable dispute that it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. *See Perkins v. LinkedIn Corp.*, 53 F.Supp. 3d 1190, 1204 (N.D. Cal. 2014) (noting that publicly available websites are proper subjects of judicial notice); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir. 2006) (noting courts may take judicial notice of court filings and other matters of public record").

I, SABRINA M. KAWANA, declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury under the laws of the United States of America.

Executed this 7th day of March, in Honolulu, Hawaii.

/s/ Sabrina M. Kawana
SABRINA M. KAWANA