# PRINTABLE CASE VIEW

**Generated:** 7-MAR-2022 01:18 PM

**Search Criteria:** Case ID or Citation Number: 1CC161001777

1 record(s) total

| Case ID: 1CC161001777 - AOAO PLUMERIA HALE VS JEREMY L WARTA | Filing Date: TUESDAY, SEPTEMBER 20, 2016 |
|---|---|
| Type: CV - Circuit Court Civil | Court: FIRST CIRCUIT |
| Status: ACTIVE - Active Case | Location: PUNCHBOWL |
| Last Updated: 24-Jan-2022 | |

**Related Cases**

No related cases were found.

**Case Parties**

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | Porter, Christian P. Busekrus, Marcus A. Kiakona, Kapono F.H. Walker, Dallas | | Plaintiff | @3831420 | AOAO PLUMERIA HALE |
| 2 | Sherman, Bruce F. Brackett, Justin Adam | | Defendant | @3831421 | WARTA, JEREMY L |
| 3 | AOAO PLUMERIA HALE | | Attorney | A3744 | Porter, Christian P. |
| 4 | WARTA, JEREMY L | | Attorney | A5996 | Sherman, Bruce F. |
| 5 | | | Other | D1C21 | First Circuit Court 21st Division |
| 6 | AOAO PLUMERIA HALE | | Attorney | A10374 | Busekrus, Marcus A. |
| 7 | AOAO PLUMERIA HALE | | Attorney | A7691 | Kiakona, Kapono F.H. |

**EXHIBIT 2**

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 8 | WARTA, JEREMY L | | Attorney | A9954 | Brackett, Justin Adam |
| 9 | | | Court Reporter | RLGRUMLI | Grumling, Lila |
| 10 | AOAO PLUMERIA HALE | | Attorney | A10824 | Walker, Dallas |

**Bail / Bond Information**

No Bails were found.

**Events**

| Event | Parties | Date | Time | Room | Location | Judge | Appearance Disposition |
|---|---|---|---|---|---|---|---|
| Hearing on Motion | | 10/29/2020 | 10:30:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | |
| Motion to Dismiss | | 12/17/2019 | 09:30:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | DND-Denied |
| Hearing on Motion | Christian P Porter - Attorney  Bruce F Sherman - Attorney | 12/17/2019 | 09:30:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | CON-Continued |
| Motion to Dismiss | | 11/19/2019 | 10:00:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | RSC-Rescheduled |
| Hearing on Motion | | 05/23/2018 | 10:30:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | MOO-Moot |
| Hearing on Motion | | 03/15/2018 | 10:30:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | RSC-Rescheduled |
| Hearing on Motion | | 02/22/2018 | 10:00:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | RSC-Rescheduled |
| Hearing on Motion | | 01/11/2018 | 09:30:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | CON-Continued |
| Hearing on Motion | | 12/01/2017 | 00:00:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | RSC-Rescheduled |
| Hearing on Motion | | 11/22/2017 | 10:00:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | DND-Denied |
| Hearing on Motion | | 09/26/2017 | 10:30:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | GRT-Granted |
| Hearing on Motion | | 08/02/2017 | 10:00:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | DND-Denied |

| Event | Parties | Date | Time | Room | Location | Judge | Appearance Disposition |
|---|---|---|---|---|---|---|---|
| Assigned Civil Calendar | | 09/20/2016 | 00:00:00 | First Circuit 21st Division | PUNCHBOWL | Ayabe, Bert | |

**Dockets**

| Docket # | Date | Docket | Document Name | Parties | Filing Party |
|---|---|---|---|---|---|
| 1 | 09/20/2016 | Civil Information Sheet Converted DOC ID: CIS, Comments: | CIVIL INFORMATION SHEET | All Case Parties | Porter, Christian P. |
| 2 | 09/20/2016 | Complaint Converted DOC ID: CMP, Comments: | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; EXHS A-F; SUMMONS (CASE ASSIGNED TO JUDGE SAKAMOTO) | All Case Parties | Porter, Christian P. |
| 42 | 09/20/2016 | Minutes 01/12/2017: REASSIGN TO B AYABE | | All Case Parties | |
| 3 | 10/11/2016 | Service-Return/Acknowledgement Converted DOC ID: RAS, Comments: | RETURN AND ACKNOWLEDGMENT OF SERVICE (SRVD COMPLAINT, ETC ON JEREMY L WARTA ON 10/07/20160 | All Case Parties | Converted, Other |
| 4 | 01/12/2017 | Document Converted DOC ID: REAS, Comments: | REASSIGNMENT OF CASE TO THE HONORABLE BERT ISAO AYABE | All Case Parties | FILED BY COURT, COURT |
| 5 | 04/21/2017 | Entry of Default Converted DOC ID: EOD, Comments: | REQUES TO CLERK FOR ENTRY OF DEFAULT AGAINST DEFT JEREMY L WARTA TO COMPLAINT FILED SEPTEMBER 20, 2016; AFF/HM KOPPER; EXH A; ENTRY OF DEFAULT ETC; C/S | All Case Parties | Porter, Christian P. |
| 6 | 05/08/2017 | Document Converted DOC ID: REPTS, Comments: | (RECEIVED) PLTF'S EX PARTE MOTION FOR FIRST EXTENSION OF TIME TO FILE PRETRIAL STATEMENT; DEC/COUNSEL; EXHS A-B; ORDER, ETC | All Case Parties | Porter, Christian P. |
| 7 | 05/09/2017 | Document Converted DOC ID: , Comments: | PLAINTIFF'S EX PARTE MOTION FOR FIRST EXTENSION OF TIME TO FILE PRETRIAL STMT; DEC OF COUNSEL; EXHS A-B; ORDER GRANTING MTN FOR FIRST EXT OF TIME TO FILE PRETRIAL STATEMENT | All Case Parties | Porter, Christian P. |
| 8 | 05/12/2017 | Document Converted DOC ID: ACS, Comments: | AMENDED CERTIFICATE OF SERVICE | All Case Parties | Porter, Christian P. |

| | | | | |
|---|---|---|---|---|
| 9 | 07/07/2017 | Motion for _____ Converted DOC ID: M, Comments: | PLTF'S MOTION FOR DEFAULT JUDGMENT AND/OR FOR SUMMARY JUDGMENT SEEKING DECLARATORY AND INJUNCTIVE RELIEF; MEMO/SUPP; DEC/G SUZUKI;    DEC/COUNSEL; EXHS A-K; N/H; C/S | All Case Parties | Porter, Christian P. |
| 43 | 08/02/2017 | Minutes **************COURT REPORTER: SANDRA YOU***************(10:15:58 - 10:23:07)          CT CLK: S. WUCASE CALLED. APPEARANCES: MARCUS BUSEKRUS F/ PLAINTIFF MR. BUSEKRUS STATED WHAT THE PLAINTIFF WAS PURSUING FOR AND ARGUED AGAINST DEFENDANT'S ENTITLEMENT TO PROTECTION UNDER 'SCRA'.    THE COURT NOTED DEFENDANT HAD NEVER MADE AN APPEARANCE OR BEING REPRESENTED BY A COUNSEL AND  THAT SECTION 3931 NEEDED BE COMPLIED.  THE COURT DENIED THE MOTION WITHOUT PREJUDICE.    HEARING CONCLUDED. | | All Case Parties | |
| 10 | 08/09/2017 | Document Converted DOC ID: ODE, Comments: | ORDER DENYING WITHOUT PREJUDICE PLTF'S MOTION FOR DEFAULT JUDGMENT &/OR FOR SUMMARY JUDGMENT SEEKINGDECLARATORY & INJUNCTIVE RELIEF | All Case Parties | Porter, Christian P. |
| 11 | 08/31/2017 | Motion for _____ Converted DOC ID: M, Comments: | PLTF'S MOTION TO APPOINT SPECIAL COUNSEL FOR DEFT IN MILITARY SERVICE; MEMORANDUM IN SUPPORT OF    MOTION; DEC/COUNSEL; EXH A; ACCEPTANCE OF APPOINT-MENT; N/H & C/S | All Case Parties | Porter, Christian P. |

| | | | | |
|---|---|---|---|---|
| 44 | 09/26/2017 | Minutes **********FTR RECORDING********** (10:35:55 - 10:36:57)   CT CLK: S. W/CASE CALLED. APPEARANCES: MARCUS BUSEKRUS F/ MOVANT/PLAINTIFF MR. BUSEKRUS INFORMED THE COURT THE ATTORNEY NUMBER FOR MR. PARTINGTON SUBMITTED IN THE MOTION WAS INCORRECT, BUT MR. PARTINGTON WOULD BE WILLING TO TAKE THE CASE. THE COURT GRANTED THE MOTION ON CONDITION THAT SUPPLEMENTAL FILED TO CORRECT THE MISTAKE. HEARING CONCLUDED. | | All Case Parties | |
| 12 | 09/27/2017 | Document Converted DOC ID: SDEC, Comments: | SUPPLEMENTAL DECLARATION OF COUNSEL RE: PLTF'S MOTION TO APPOINT SPECIAL COUNSEL FOR DEFT IN MILITARY SERVICE; C/S | All Case Parties | Porter, Christian P. |
| 13 | 10/09/2017 | Order Granted Converted DOC ID: OG, Comments: | ORDER GRANTING PLTF'S MOTION TO APPOINT SPECIAL COUNSEL FOR DEFT IN MILITARY SERVICE; C/S | All Case Parties | Porter, Christian P. |
| 14 | 10/24/2017 | Mot -Default Judg/Summary Judg Converted DOC ID: MDJ, Comments: | PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT &/OR FOR SUMMARY JUDGMENT SEEKING DECLARATORY & INJUNCTIVE RELIEF; MEMO/SUPP; DEC/E YAMAGUCHI; DEC/COUNSEL; EXHS A-K; N/H; C/S | All Case Parties | Porter, Christian P. |
| 15 | 11/07/2017 | Withdrawal & Substi of Counsel Converted DOC ID: WSUB, Comments: | WITHDRAWAL AND SUBSTITUTION OF COUNSEL & ORDER; C/S | All Case Parties | Sherman, Bruce F. |
| 16 | 11/13/2017 | Motion for _____ Converted DOC ID: M, Comments: | MOTION TO STAY PROCEEDINGS PURSUANT TO 50 USC 3932MEMO/SUPP; DEC/BF SHERMAN; C/S | All Case Parties | Sherman, Bruce F. |
| 17 | 11/14/2017 | Document Converted DOC ID: EPR, Comments: | (RECEIVED) COPY OF PLTFS EX PARTE MOTION FOR SECOND EXTENSION OF TIME TO FILE PRETRIAL STATE- MENT; DEC/COUNSEL; ORDER ETC; C/S | All Case Parties | Mcguire, Ramona Laree |

| | | | | | |
|---|---|---|---|---|---|
| 18 | 11/15/2017 | Ex Parte Motion Converted DOC ID: EPM, Comments: | PLTF'S EX PARTE MOTION FOR SECOND EXTENSION OF TIME TO FILE PRETRIAL STATEMENT; DEC/COUNSEL; OR- DER GRANTING SECOND EXTENSION ETC; C/S | All Case Parties | Busekrus, Marcus A. |
| 19 | 11/22/2017 | Memorandum in Opposition Converted DOC ID: MIO, Comments: | PLTF'S MEMORANDUM IN OPPOSITION TO MOTION TO STAY PROCEEDINGS PURSUANT TO 50 USC 3932; DEC/ COUNSEL; DEC/G SUZUKI; EXHS A-K; C/S | All Case Parties | Mcguire, Ramona Laree |
| 45 | 11/22/2017 | Minutes **********COURT REPORTER: MELINDA CHEANG**********(10:10:40 - 10:14:22)      CT CLK: S. WUCASE CALLED. APPEARANCES:  BRUCE SHERMAN F/ DEFENDANT WARTA MR. SHERMAN INFORMED THE COURT A MOTION TO STAY WAS FILED AND THE INSTANT MOTION WAS UNNECESSARY BECAUSE THE DOG WAS NO LONGER AT THE PROPERTY SINCE MARCH OF THIS YEAR. THE COURT NOTED MOVANT WAS NOT PRESENT, THUS, THE MOTION TO BE DENIED WITHOUT PREJUDICE.  MR. SHERMAN TO PREPARE THE ORDER.                HEARING CONCLUDED. | | All Case Parties | |

| | | | | |
|---|---|---|---|---|
| 46 | 12/01/2017 | Minutes **********MINUTE ORDER: DECEMBER 7, 2017********** DEFENDANT JEREMY L. WARTA'S NON-HEARING MOTION TO STAY PROCEEDINGS PURSUANT TO 50 U.S.C. 3932 FILED ON NOVEMBER 13, 2017, SHALL BE SET AS A HEARING MOTION ON THURSDAY, JANUARY 11, 2018 AT 9:30 A.M., IN ACCORDANCE WITH RCCH RULE 7.2(C). MR. SHERMAN SHALL PREPARE A NOTICE OF HEARING. ******************* A COPY OF THE MINUTE ORDER SHALL BE PLACED IN THE ATTORNEY COURT JACKET FOR BRUCE F. SHERMAN AND PORTER MCGUIRE KIAKONA & CHOW, LLP. | | All Case Parties | |
| 20 | 12/04/2017 | Document Converted DOC ID: ODE, Comments: | ORDER DENYING PLTF'S MOTION FOR DEFAULT JUDGMENT &/OR SEEKING DECLARATORY & INJUNCTIVE RELIEF   FILED OCTOBER 24, 2017 WITHOUT PREJUDICE | All Case Parties | Sherman, Bruce F. |
| 21 | 12/07/2017 | Document Converted DOC ID: SDEC, Comments: | SUPPLEMENTAL DECLARATION OF BRUCE F SHERMAN | All Case Parties | Sherman, Bruce F. |
| 22 | 12/07/2017 | Certificate of Service Converted DOC ID: CS, Comments: | CERTIFICATE OF SERVICE | All Case Parties | Sherman, Bruce F. |
| 23 | 12/19/2017 | Notice of Hearing Converted DOC ID: NH, Comments: | NOTICE OF HEARING MOTION & C/S | All Case Parties | Converted, Other |
| 24 | 12/21/2017 | Motion for ____ Converted DOC ID: M, Comments: | MOTION FOR SANCTIONS ATTORNEYS FEES & COSTS; MEMO/SUPP; DEC/BF SHERMAN; DEC/JEREMY L WARTA;   N/M & C/S | All Case Parties | Sherman, Bruce F. |
| 25 | 01/03/2018 | Memorandum in Opposition Converted DOC ID: MIO, Comments: | PLTFS MEMORANDUM IN OPPOSITION TO DEFTS MOTINO FOR SANCTIONS ATTORNEYS FEES & COSTS; DEC/COUNSEL;   C/S | All Case Parties | Mcguire, Ramona Laree |
| 26 | 01/08/2018 | Memorandum in Opposition Converted DOC ID: MIO, Comments: | DEFT'S REPLY MEMORANDUM TO OPPOSITION TO MOTION  FOR SANCTIONS ATTORNEYS FEES & COSTS; DEC/BF   SHERMAN; DEC/JL WARTA; EXHS 1-2; C/S | All Case Parties | Sherman, Bruce F. |

| | | | | | |
|---|---|---|---|---|---|
| 27 | 01/08/2018 | Reply<br>Converted<br>DOC ID: REPLY, Comments: | DEFT'S REPLY MEMORANDUM IN SUPPORT OF DEFT'S MOTION TO STAY PROCEEDINGS PURSUANT TO 50 USC 3932;   DEC/JL WARTA | All Case Parties | Sherman, Bruce F. |
| 28 | 01/11/2018 | Document<br>Converted<br>DOC ID: EPR, Comments: | (RECEIVED) COPY OF PLTFS EX PARTE MOTION TO SEAL PAGES IN RECORD PURSUANT TO HCRR RULE 9; DEC/  COUNSEL; EXH A; ORDER ETC; C/S | All Case Parties | Mcguire, Ramona Laree |
| 47 | 01/11/2018 | Minutes<br>****COURT REPORTER: HAUNANI HO****   9:48:41-9:51:06 A.M.<br>CASE CALLED.<br>APPEARANCES:  MARCUS BUSEKRUS F/ AOAO PLUMERIA HALE<br>BRUCE SHERMAN F/ JEREMY WARTA   THE COURT MET WITH COUNSEL IN CHAMBERS PRIOR TO GOING ON THE RECORD AND BASED ON THAT DISCUSSION, TODAY'S MOTIONS ARE CONTINUED TO ALLOW COUNSEL THE OPPORTUNITY TO WORK THINGS OUT.<br>THE COURT CONTINUED THE MATTER TO FEBRUARY 22, 2018 AT 10:00 A.M. MR. SHERMAN TO PREPARE THE AMENDED NOTICE OF HEARING.<br>MR. BUSEKRUS SHALL PREPARE THE MOTION TO SEAL CONFIDENTIAL RECORDS. HEARING CONCLUDED. | | All Case Parties | |
| 29 | 01/17/2018 | Ex Parte Motion<br>Converted<br>DOC ID: PEP, Comments: | PLTF'S EX PARTE MOTION TO SEAL PAGES IN RECORD  PURSUANT TO HCRR RULE 9; DEC/COUNSEL; EXH A; ORDER GRANTING PLTF'S EX PARTE MOTION TO SEAL     PAGES IN RECORD PURSUANT TO HCRR RULE 9; C/S | All Case Parties | Mcguire, Ramona Laree |
| 30 | 01/17/2018 | Document<br>Converted<br>DOC ID: SEAL, Comments: | (SEALED) PAGES FILED UNDER SEAL PURSUANT TO    PLTF'S EX-PARTE MOTION TO SEAL PAGES IN RECORD PURSUANT TO HCRR RULE 9 (FILED JANUARY 17, 2018) (CALL LDB) | All Case Parties | Mcguire, Ramona Laree |
| 31 | 01/25/2018 | Amended Notice of Hearing<br>Converted<br>DOC ID: ANH, Comments: | AMENDED NOTICE OF HEARING MOTIONS & C/S | All Case Parties | Converted, Other |

| | | | | |
|---|---|---|---|---|
| 32 | 02/22/2018 | Stipulation to Converted DOC ID: STIP, Comments: | STIPULATION TO CONTINUE HEARING & ORDER | All Case Parties | Mcguire, Ramona Laree |
| 48 | 02/22/2018 | Minutes 2/20/2018: BY AGRMT OF COUNSEL, MATTER RSC TO 3/15/2018 10:30 A.M. A STIPULATION SHALL BE SUBMITTED. | | All Case Parties | |
| 33 | 03/12/2018 | Amended Notice of Hearing Converted DOC ID: ANH, Comments: | PLTF AOAO OF PLUMERIA HALE'S AMENDED NOTICE OF HEARING & CERTIFICATE OF SERVICE | All Case Parties | Mcguire, Ramona Laree |
| 49 | 03/15/2018 | Minutes 3/9/2018: AT COUNSEL'S REQST, MATTER RSC TO 5/23/2018 10:30 A.M. | | All Case Parties | |
| 34 | 05/08/2018 | Document Converted DOC ID: EPR, Comments: | (RECEIVED) PLTFS EX PARTE MOTION FOR THIRD EXTENSION OF TIME TO FILE PRETRIAL STATEMENT; DEC/COUNSEL; ORDER ETC; C/S | All Case Parties | Mcguire, Ramona Laree |
| 35 | 05/09/2018 | Ex Parte Motion Converted DOC ID: PEP, Comments: | PLTF'S EX PARTE MOTION FOR THIRD EXTENSION OF TIME TO FILE PRETRIAL STATEMENT; DEC/COUNSEL; ORDER GRANTING MOTION FOR THIRD EXTENSION OF TIME TO FILE ETC; C/S | All Case Parties | Mcguire, Ramona Laree |

| | | | | |
|---|---|---|---|---|
| 50 | 05/23/2018 | Minutes<br>***********COURT REPORTER: SANDRA YOU************(10:36:32 - 10:50:24)      CT CLK: S. WU CASE CALLED. APPEARANCES: MARCUS BUSEKRUS F/ AOAO PLUMERIA HALE BRUCE SHERMAN F/ JEREMY WARTA    MR. BUSEKRUS AND MR. SHERMAN UPDATED THE COURT CASE STATUS. BOTH CONCEDED MOTION TO STAY PROCEEDINGS WAS NO LONGER NEEDED; HOWEVER, THERE REMAINED ISSUES OF ATTORNEY'S FEES AND COSTS. AFTER CLARIFIED WITH COUNSEL WHAT WERE SOUGHT BEFORE THIS COURT, THE COURT INDICATED PARTIES SHOULD WORK TOGETHER. FOR THE CONSIDERATION OF THE COURT, THE PLAINTIFF WOULD FILE ITS MOTION FOR ATTORNEY'S FEES AND COSTS. UPON HEARING, THE COURT MOOTED THE MOTION TO STAY PROCEEDINGS AND CONTINUED THE "MOTION FOR SANCTIONS, ATTORNEY'S FEES AND COSTS" UNTIL FURTHER MOVED UPON. HEARING CONCLUDED. | | All Case Parties | |
| 36 | 11/07/2018 | Document Converted DOC ID: EPR, Comments: | (RECEIVED) PLTFS EX PARTE MOTION FOR FOURTH EXTEN-SION OF TIME TO FILE PRETRIAL STATEMENT; DEC/   COUNSEL; EXH A; ORDER ETC; C/S | All Case Parties | Mcguire, Ramona Laree |
| 37 | 11/08/2018 | Ex Parte Motion Converted DOC ID: PEP, Comments: | PLTF'S EX PARTE MOTION FOR FOURTH EXTENSION OF TIME TO FILE PRETRIAL STATEMENT; DEC/COUNSEL;   EXH A; ORDER GRANTING ETC; C/S | All Case Parties | Mcguire, Ramona Laree |
| 38 | 05/14/2019 | Document Converted DOC ID: EPR, Comments: | (RECEIVED) PLTFS EX PARTE MOTION FOR FIFTH   EXTENSION OF TIME TO FILE PRETRIAL STATEMENT;   DECL/COUNSEL; EXH A & B; ORDER ETC; C/S | All Case Parties | Kiakona, Kapono F.H. |

| | | | | | |
|---|---|---|---|---|---|
| 39 | 05/17/2019 | Ex Parte Motion Converted DOC ID: PEP, Comments: | PLTFS EX PARTE MOTION FOR FIFTH EXTENSION OF TIME TO FILE PRETRIAL STATEMENT; DECL/COUNSEL; EXH A & B; ORDER GRANTING ETC; C/S | All Case Parties | Kiakona, Kapono F.H. |
| 40 | 10/01/2019 | Notice Converted DOC ID: NOT, Comments: | AMENDED NOTICE OF MOTION AND C/S | All Case Parties | Sherman, Bruce F. |
| 41 | 10/01/2019 | Motion for _____ Converted DOC ID: M, Comments: DEC OF COUNSEL; EXHIBITS A-3; NTC OF MOTION AND C/S | MOTION TO DISMISS PLTF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FILED 9/20/16  FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF   CAN BE GRANTED; MEMORANDUM IN SUPPORT OF MOTION; | All Case Parties | Sherman, Bruce F. |
| 51 | 11/03/2019 | Declaration EFile Document upload of type Declaration | Supplemental Declaration of Bruce F. Sherman | JEREMY L WARTA - Defendant | WARTA, JEREMY L |
| 54 | 11/05/2019 | Notice of Court Date | | All Case Parties | |
| 55 | 11/05/2019 | Amended Notice of Hearing EFile Document upload of type Amended Notice of Hearing | Amended Notice of Hearing and COS | JEREMY L WARTA - Defendant | WARTA, JEREMY L |
| 57 | 11/06/2019 | Notice of Court Date | | All Case Parties | |
| 58 | 11/08/2019 | Ex Parte - Ext for PTS Plaintiff's Ex Parte Motion for Sixth Extension of Time to File Pretrial Statement; Declaration of Counsel; Exhibit "A"; Order Granting Plaintiff's Motion for Sixth Extension of Time to File Pretrial Statement; Certificate of Service | Plaintiff's Ex Parte Motion for Sixth Extension of Time to File Pretrial Statement; Declaration of Counsel; Exhibit "A"; Order Granting Plaintiff's Motion for Sixth Extension of Time to File Pretrial Statement; Certificate of Service | AOAO PLUMERIA HALE - Plaintiff JEREMY L WARTA - Defendant First Circuit Court 21st Division - Other | AOAO PLUMERIA HALE |
| 60 | 11/14/2019 | Order-Ex Parte | ORDER GRANTING PLTF'S EX PARTE MOTION FOR SIXTH EXTENSION OF TIME TO FILE PRETRIAL STATEMENT | AOAO PLUMERIA HALE - Plaintiff JEREMY L WARTA - Defendant First Circuit Court 21st Division - Other | Porter, Christian P., Kiakona, Kapono F.H., Busekrus, Marcus A. |
| 62 | 11/14/2019 | Docket Deleted /* Docket code NOCD was deleted on 12/13/2019 by userid J1CHNCTATH as a result of Clerical / Data Entry Correction  */ | | All Case Parties | |
| 53 | 11/19/2019 | Minutes MATTERS RESCHEDULED TO DECEMBER 17, 2019  9:30 A.M. | | All Case Parties | |

| | | | | |
|---|---|---|---|---|
| 63 | 12/09/2019 | Memorandum in Opposition<br>EFile Document upload of type Memorandum in Opposition | Plaintiff's Memorandum In Opposition To Defendant's Motion To Dismiss Plaintiff's Complaint For Declaratory And Injunctive Relief Filed September 20, 2016 For Failure To State A Claim Upon Which Relief Can Be Granted; Declaration Of Counsel; Exhibits "1" - "11"; Certificate Of Service | AOAO PLUMERIA HALE - Plaintiff | Busekrus, Marcus A. |
| 65 | 12/13/2019 | Notice of Correction<br>/* Docket code NOCD was deleted on 12/13/2019 by userid J1CHNCTATH as a result of Clerical / Data Entry Correction */ | | All Case Parties | |
| 66 | 12/13/2019 | Memo in Reply/Response to<br>EFile Document upload of type Memo in Reply/Response to | Reply Memorandum to Plaintiff's Opposition to Motion to Dismiss Plaintiff's Complaint for Declaratory and Injunctive Relief Filed September 20, 2016 for Failure to State a Claim Upon Which Relief Can be Granted | JEREMY L WARTA - Defendant | WARTA, JEREMY L |
| 68 | 12/17/2019 | Minutes<br>MOTION TO DISMISS COMPLAINT FILED 9/20/2016<br>COURT REPORTER: HAUNANI HO<br>COURT CLERK: S. WU<br>10:04:50 A.M. - 10:09:37 A.M.<br>CASE CALLED.<br>APPEARANCES: MARCUS BUSEKRUS F/ PLAINTIFF<br><br>BRUCE SHERMAN JR. F/ DEFENDANT<br>THE COURT NOTED HAVING MET COUNSEL IN CHAMBERS BEFORE THE<br>HEARING AND STATED ITS INCLINATION TO DENY THE MOTION.  MR. SHERMAN MADE ARGUMENT AS TO WHETHER THE DENIAL SHOULD BE WITHOUT PREJUDICE.  THE COURT NOTED RULING TO DENY THE MOTION TO STAND AND THE DENIAL SHALL BE WITH PREJUDICE.  MR. BUSEKRUS TO PREPARE THE ORDER.<br>HEARING CONCLUDED. | | All Case Parties | |

| | | | | | |
|---|---|---|---|---|---|
| 69 | 12/17/2019 | Minutes<br>MOTION FOR SANCTIONS, ATTORNEY'S FEES AND COSTS<br>COURT REPORTER: HAUNANI HO<br>COURT CLERK: S. WU<br>10:04:50 A.M. - 10:09:37 A.M.<br>CASE CALLED.<br>APPEARANCES: MARCUS BUSEKRUS F/ PLAINTIFF<br>BRUCE SHERMAN JR. F/ DEFENDANT<br>THE COURT NOTED HAVING MET COUNSEL IN CHAMBERS.<br>AS SUPPLEMENTAL RECORD OF ATTORNEY'S FEES AND COSTS TO BE SUBMITTED, CASE TO BE CONTINUED UNTIL FURTHER MOVED UPON. HEARING CONCLUDED. | | | Christian P Porter - Attorney<br>Bruce F Sherman - Attorney |
| 70 | 01/10/2020 | Notice-Appearance /Counsel<br>EFile Document upload of type Notice-Appearance /Counsel | NOTICE OF APPEARANCE OF JUSTIN A. BRACKETT, ESQ. FOR DEFENDANT JEREMY L. WARTA | JEREMY L WARTA - Defendant | WARTA, JEREMY L |
| 72 | 01/14/2020 | Other<br>(Proposed) Order Denying with Prejudice Defendant's Motion to Dismiss Plaintiff's Complaint for Declaratory and Injunctive Relief filed September 20, 2016 for Failure to State a Claim upon which Relief can be Granted | Sealed | AOAO PLUMERIA HALE - Plaintiff | AOAO PLUMERIA HALE |
| 74 | 01/17/2020 | Order Denied | ORDER DENYING WITH PREJUDICE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FILED SEPTEMBER 20, 2016 FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED | AOAO PLUMERIA HALE - Plaintiff<br>JEREMY L WARTA - Defendant<br>First Circuit Court 21st Division - Other | Kiakona, Kapono F.H., Busekrus, Marcus A., Porter, Christian P. |
| 76 | 05/19/2020 | Proposed Order<br>EFile Document upload of type Proposed Order | Plaintiff's Ex Parte Motion for Seventh Extension of Time to File Pretrial Statement; Declaration of Counsel; Proposed Order Granting Plaintiff's Motion for Seventh Extension of Time to File Pretrial Statement; Certificate of Service | AOAO PLUMERIA HALE - Plaintiff | Busekrus, Marcus A. |

| | | | | |
|---|---|---|---|---|
| 78 | 05/21/2020 | Order-Ex Parte | ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR SEVENTH EXTENSION OF TIME TO FILE PRETRIAL STATEMENT | AOAO PLUMERIA HALE - Plaintiff JEREMY L WARTA - Defendant First Circuit Court 21st Division - Other | Kiakona, Kapono F.H., Busekrus, Marcus A., Porter, Christian P. |
| 80 | 09/21/2020 | Notice of Court Date | OFF-CALENDARING ERROR-- MOVANT TO CONTACT THE 21ST DIV DIRECTLY FOR HEARING DATE/LDB1-PKN | All Case Parties | |
| 81 | 09/22/2020 | Notice of Court Date | | All Case Parties | |
| 82 | 09/22/2020 | Amended Notice of Court Date | | All Case Parties | |
| 83 | 09/22/2020 | Motion for ___ EFile Document upload of type Motion for | Plaintiff's Motion for an Award of Attorneys' Fees and Costs; Memorandum in Support of Motion; Declaration of Counsel; Declaration of April Padello; Exhibits "1"-"11"; Notice of Hearing and Certificate of Service | AOAO PLUMERIA HALE - Plaintiff | Busekrus, Marcus A. |
| 85 | 09/22/2020 | Exhibit EFile Document upload of type Exhibit | Exhibit "1" [Plaintiff's Motion for an Award of Attorney's Fees and Costs; Memorandum in Support of Motion; Declaration of Counsel; Declaration of April Padello; Exhibits "1"-"11"; Notice of Hearing and Certificate of Service] | AOAO PLUMERIA HALE - Plaintiff | Busekrus, Marcus A. |
| 87 | 09/22/2020 | Exhibit EFile Document upload of type Exhibit | Exhibits "2"-"5" [Plaintiff's Motion for an Award of Attorney's Fees and Costs; Memorandum in Support of Motion; Declaration of Counsel; Declaration of April Padello; Exhibits "1"-"11"; Notice of Hearing and Certificate of Service] | AOAO PLUMERIA HALE - Plaintiff | Busekrus, Marcus A. |
| 89 | 09/22/2020 | Exhibit EFile Document upload of type Exhibit | Exhibits "6"-"11" [Plaintiff's Motion for an Award of Attorney's Fees and Costs; Memorandum in Support of Motion; Declaration of Counsel; Declaration of April Padello; Exhibits "1"-"11"; Notice of Hearing and Certificate of Service] | AOAO PLUMERIA HALE - Plaintiff | Busekrus, Marcus A. |
| 91 | 10/08/2020 | Motion to Set Aside EFile Document upload of type Motion to Set Aside | Motion to Set Aside Entry of Default | JEREMY L WARTA - Defendant | WARTA, JEREMY L |
| 93 | 10/19/2020 | Memorandum in Opposition EFile Document upload of type Memorandum in Opposition | Memorandum in Opposition to Plaintiff's Motion for Attorney Fees and Cost | JEREMY L WARTA - Defendant | WARTA, JEREMY L |
| 95 | 10/21/2020 | Memorandum in Opposition EFile Document upload of type Memorandum in Opposition | Plaintiff's Memorandum in Opposition to Defendant's Motion to Set Aside Default Entered April 24, 2017; Declaration of Counsel; Certificate of Service | AOAO PLUMERIA HALE - Plaintiff | Busekrus, Marcus A. |

| | | | | |
|---|---|---|---|---|
| 97 | 10/23/2020 | Order | ORDER SETTING MOTION FOR VIDEO CONFERENCE HEARING; WEBEX HEARING INSTRUCTIONS | AOAO PLUMERIA HALE - Plaintiff JEREMY L WARTA - Defendant First Circuit Court 21st Division - Other | First Circuit Court 21st Division |
| 99 | 10/26/2020 | Memo in Reply/Response to Reply Memorandum in Support of Plaintiff's Motion for an Award of Attorney's Fees and Cost; Declaration of Kapono F. H. Kiakona; Certificate of Service /*  Docket Entry 99 was updated as a result of eFiling Correction */ | Reply Memorandum in Support of Plaintiff's Motion for an Award of Attorney's Fees and Cost; Declaration of Kapono F. H. Kiakona; Certificate of Service | AOAO PLUMERIA HALE - Plaintiff | Busekrus, Marcus A., AOAO PLUMERIA HALE, Kiakona, Kapono F.H. |
| 101 | 10/27/2020 | Notice of Correction /*  Docket Entry 99 was updated as a result of eFiling Correction */ | | AOAO PLUMERIA HALE - Plaintiff | |
| 102 | 10/27/2020 | Memo in Reply/Response to EFile Document upload of type Memo in Reply/Response to | Opposition to Motion to Set Aside Entry of Default dated April 21, 2017 | JEREMY L WARTA - Defendant | WARTA, JEREMY L |

| 104 | 10/29/2020 | Minutes<br>1) PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS<br>2) MOTION TO SET ASIDE ENTRY OF<br>DEFAULT<br>***COURT REPORTER: LILA GRUMLING***<br>VIDEO HEARING<br>10:50:42-11:43:01 A.M.<br>CASE CALLED.<br>APPEARANCES: MARCUS BUSEKRUS FOR PLAINTIFF<br>BRUCE SHERMAN & JUSTIN BRACKET<br>FOR JEREMY WARTA<br>THE COURT HEARD THE ARGUMENT OF COUNSEL FOR BOTH MOTIONS AND TOOK THE MATTERS<br>UNDER ADVISEMENT.<br>HEARING CONCLUDED.<br>*********************************<br>*********************************<br>1)<br>PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS<br>SEE: MINUTE ORDER ISSUED NOVEMBER 6, 2020, PAGE 11, DOCKET 105<br><br>2) DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT<br><br>SEE: MINUTE ORDER ISSUED NOVEMBER 6, 2020, PAGE 11, DOCKET 107 | | All Case Parties | |
|---|---|---|---|---|
| 105 | 11/06/2020 | Minute Order | MINUTE ORDER: NOVEMBER 6, 2020 (RE: PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS) HRG: 10/29/2020 | AOAO PLUMERIA HALE - Plaintiff<br>JEREMY L WARTA - Defendant<br>First Circuit Court 21st Division - Other | First Circuit Court 21st Division |

| | | | | | |
|---|---|---|---|---|---|
| 107 | 11/06/2020 | Minute Order | MINUTE ORDER: NOVEMBER 6, 2020 (RE: DEFENDANT'S MOTION TO SET ASIDE DEFAULT ENTERED APRIL 21, 2017) HRG: 10/29/2020 | AOAO PLUMERIA HALE - Plaintiff<br>JEREMY L WARTA - Defendant<br>First Circuit Court 21st Division - Other | First Circuit Court 21st Division |
| 109 | 12/08/2020 | Notice<br>EFile Document upload of type Notice | Notice of Disassociation from Firm | AOAO PLUMERIA HALE - Plaintiff | Kiakona, Kapono F.H. |
| 111 | 12/31/2020 | Request for Transcript<br>EFile Document upload of type Request for Transcript | REQUEST FOR TRANSCRIPT OF PROCEEDINGS RE. OCTOBER 29, 2020 HEARING | JEREMY L WARTA - Defendant | WARTA, JEREMY L |
| 113 | 02/01/2021 | Letter<br>EFile Document upload of type Letter | Rule 23 letter to Honorable Bert I. Ayabe | AOAO PLUMERIA HALE - Plaintiff | Walker, Dallas |
| 115 | 02/01/2021 | Proposed Order<br>EFile Document upload of type Proposed Order | Proposed Order Granting Plaintiff's Motion for an Award of Attorneys' Fees and Costs filed September 22, 2020 | AOAO PLUMERIA HALE - Plaintiff | Walker, Dallas |
| 116 | 02/01/2021 | Proposed Order<br>EFile Document upload of type Proposed Order | Proposed Order Denying Without Prejudice Defendant's Motion to Set Aside Default Entered April 21, 2017 | AOAO PLUMERIA HALE - Plaintiff | Walker, Dallas |
| 117 | 02/01/2021 | Proposed Order<br>EFile Document upload of type Proposed Order | Proposed Order Denying with Prejudice Defendant's Motion for Sanctions, Attorneys Fees and Costs, Filed December 21, 2017 | AOAO PLUMERIA HALE - Plaintiff | Walker, Dallas |
| 118 | 02/01/2021 | Proposed Document<br>EFile Document upload of type Proposed Document | Proposed Notice of Entry of Final Judgment | AOAO PLUMERIA HALE - Plaintiff | Walker, Dallas |
| 119 | 02/01/2021 | Proposed Document<br>EFile Document upload of type Proposed Document | Proposed Final Judgment | AOAO PLUMERIA HALE - Plaintiff | Walker, Dallas |
| 121 | 02/05/2021 | Letter<br>RCCH Rule 23 Letter and Proposed Order | RCCH Rule 23 Letter and Proposed Order | JEREMY L WARTA - Defendant | WARTA, JEREMY L |
| 123 | 02/09/2021 | Objections<br>Objection to Competing Order Submitted by Counsel for Defendant Warta; Association of Apartment Owners of Plumeria Hale v. Jeremy L. Wata, et. al., Civil No. 16-1-1777-09 | Objection to Competing Order Submitted by Counsel for Defendant Warta; Association of Apartment Owners of Plumeria Hale v. Jeremy L. Wata, et. al., Civil No. 16-1-1777-09 | AOAO PLUMERIA HALE - Plaintiff | Walker, Dallas |
| 125 | 03/05/2021 | Order | ORDER GRANTING PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS FILED SEPTEMBER 22, 2020 | AOAO PLUMERIA HALE - Plaintiff<br>JEREMY L WARTA - Defendant<br>First Circuit Court 21st Division - Other | Walker, Dallas, Kiakona, Kapono F.H. |

| | | | | |
|---|---|---|---|---|
| 127 | 03/05/2021 | Order | ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTIN TO SET ASIDE DEFAULT ENTERED APRIL 21, 2017 | AOAO PLUMERIA HALE - Plaintiff JEREMY L WARTA - Defendant First Circuit Court 21st Division - Other | Walker, Dallas, Kiakona, Kapono F.H. |
| 129 | 03/05/2021 | Order | ORDER DENYING WITH PREJUDICE DEFENDANT'S MOTION FOR SANCTIONS, ATTORNEYS FEES AND COSTS, FILED DECEMBER 21, 2017 | AOAO PLUMERIA HALE - Plaintiff JEREMY L WARTA - Defendant First Circuit Court 21st Division - Other | Kiakona, Kapono F.H., Walker, Dallas |
| 131 | 06/03/2021 | Notice-Submission EFile Document upload of type Notice-Submission | Notice of Submission Under Circuit Court Rule 23; Exhibit "1"; Certificate of Service | AOAO PLUMERIA HALE - Plaintiff | AOAO PLUMERIA HALE |
| 133 | 06/03/2021 | Proposed Judgment EFile Document upload of type Proposed Judgment | Defendant's Proposed Final Judgment | JEREMY L WARTA - Defendant | WARTA, JEREMY L |
| 135 | 06/07/2021 | Letter EFile Document upload of type Letter | Letter Objecting to Defendant's Proposed Final Judgment | AOAO PLUMERIA HALE - Plaintiff | AOAO PLUMERIA HALE |
| 137 | 06/09/2021 | Other Letter Response to Plaintiff's Objections to Defendant's Proposed Final Judgment | Letter Response to Plaintiff's Objections to Defendant's Proposed Final Judgment | JEREMY L WARTA - Defendant | Sherman, Bruce F. |
| 139 | 01/21/2022 | Letter EFile Document upload of type Letter | Letter to the Honorable James C. McWhinnie regarding Judgment in Civil No. 1CC161001777, AOAO Plumeria Hale v. Warta | AOAO PLUMERIA HALE - Plaintiff | Walker, Dallas |
| 141 | 01/24/2022 | Final Judgment | FINAL JUDGMENT | AOAO PLUMERIA HALE - Plaintiff JEREMY L WARTA - Defendant First Circuit Court 21st Division - Other | Sherman, Bruce F., Brackett, Justin Adam |