Of Counsel:
PORTER MCGUIRE KIAKONA & CHOW, LLP

R. LAREE MCGUIRE         5698-0
MARCUS A. BUSEKRUS    10374-0
841 Bishop Street, Suite 1500
Honolulu, Hawai'i 96813
Telephone: (808) 539-1100
Facsimile: (808) 539-1189
Email: lmcguire@HawaiiLegal.com
       mbusekrus@HawaiiLegal.com

Attorneys for Plaintiff
ASSOCIATION OF APARTMENT OWNERS
OF PLUMERIA HALE

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF PLUMERIA HALE,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY L. WARTA; JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20,<br><br>Defendants. | CIVIL NO. 16-1-1777-09 (BIA)<br>(Declaratory Judgment)<br><br>**PLAINTIFF'S EX PARTE MOTION TO SEAL PAGES IN RECORD PURSUANT TO HCRR RULE 9; DECLARATION OF COUNSEL; EXHIBIT "A"; ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SEAL PAGES IN RECORD PURSUANT TO HCRR RULE 9; CERTIFICATE OF SERVICE**<br><br>Trial Date: Not Set |

**PLAINTIFF'S EX PARTE MOTION TO SEAL PAGES IN RECORD
PURSUANT TO HCRR RULE 9**

Comes now Plaintiff ASSOCIATION OF APARTMENT OWNERS OF PLUMERIA HALE ("Plaintiff"), by and through its attorneys, Porter McGuire Kiakona & Chow, LLP, and hereby moves this Honorable Court for an order placing under seal the following pages in the following respective documents filed herein, and thereby closing the substance of these pages to the public:

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit

**EXHIBIT 3**

PMK 000639

1) Pages 78-82 and 89-93 of the Complaint for Declaratory and Injunctive Relief, filed herein on September 20, 2016;

2) Pages 55-59, 77-81, and 87-105 of Plaintiff's Motion for Default Judgment and/or Summary Judgment Seeking Declaratory and Injunctive Relief, filed herein on July 7, 2017;

3) Pages 54-58, 76-80, and 86-89 of Plaintiff's Motion for Default Judgment and/or Summary Judgment Seeking Declaratory and Injunctive Relief, filed herein on October 24, 2017; and

4) Pages 23-27, 45-49, 55-58, 82-86, and 93-96 of Plaintiff's Memorandum in Opposition to Motion to Stay Proceedings Pursuant to 50 U.S.C. § 3932, filed herein on November 22, 2017.

This motion is based on Hawaii Rules of Civil Procedure Rule 7(b), Rules 2.19 and 9 of Hawaii Court Records Rules, and the attached Declaration of Counsel and supporting exhibit.

DATED: Honolulu, Hawaii, **JAN 1 1 2018**.

/s/

R. LAREE MCGUIRE
MARCUS A. BUSEKRUS
Attorneys for Plaintiff
ASSOCIATION OF APARTMENT OWNERS OF PLUMERIA HALE

2

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF PLUMERIA HALE,  Plaintiff,  vs.  JEREMY L. WARTA; JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20,  Defendants. | CIVIL NO. 16-1-1777-09 (BIA) (Declaratory Judgment)  **DECLARATION OF COUNSEL** |

### **DECLARATION OF COUNSEL**

I, MARCUS A. BUSEKRUS, do hereby state and declare as follows:

1. I am an attorney licensed to practice in the State of Hawaii, and one of the attorneys for Plaintiff ASSOCIATION OF APARTMENT OWNERS OF PLUMERIA HALE ("Plaintiff") in these proceedings.

2. I make this declaration in support of Plaintiff's Ex Parte Motion to Seal Pages In Record Pursuant to HRCC Rule 9 ("Motion to Seal"), filed herewith, and unless otherwise indicated, I am authorized and competent to testify to matters herein, and make this declaration upon personal knowledge.

3. On January 8, 2019, the parties stipulated that the documents relating to Defendant JEREMY L. WARTA'S ("Defendant") application for a reasonable accommodation from Plaintiff, which are currently part of the record in this matter, should be placed under seal, as they may contain Defendant's personal information.

4. The documents referenced in the paragraph above are part of the record and appear only on the following pages in the following respective documents, filed herein by Plaintiff:

PMK 000641

    a. Pages 78-82 and 89-93 of the Complaint for Declaratory and Injunctive Relief, filed herein on September 20, 2016;

    b. Pages 55-59, 77-81, and 87-105 of Plaintiff's Motion for Default Judgment and/or Summary Judgment Seeking Declaratory and Injunctive Relief, filed herein on July 7, 2017;

    c. Pages 54-58, 76-80, and 86-89 of Plaintiff's Motion for Default Judgment and/or Summary Judgment Seeking Declaratory and Injunctive Relief, filed herein on October 24, 2017; and

    d. Pages 23-27, 45-49, 55-58, 82-86, and 93-96 of Plaintiff's Memorandum in Opposition to Motion to Stay Proceedings Pursuant to 50 U.S.C. § 3932, filed herein on November 22, 2017.

5. A true and correct copy of the email exchange between Plaintiff's counsel and Defendant's counsel so stipulating as to the above is attached hereto as Exhibit "A."

I, MARCUS A. BUSEKRUS, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, _____JAN 11 2018_____.

_____
MARCUS A. BUSEKRUS

2

PMK 000642

# Marcus Busekrus

**From:** Bruce Sherman
**Sent:** Monday, January 08, 2018 5:40 PM
**To:** Marcus Busekrus
**Subject:** Re: Warta_Filed Motion for Stay and Motion for Sanctions Replies

Hi Marcus,
I think that the whole packet relating to Mr. Warta's application for a reasonable accommodation should be sealed. But, as I understand your email that is what you are willing to do. I don't know that Oliver objects to his medical records though, but to be consistent maybe those too. Oliver is unrepresented at this time. Thanks.
   Sincerely,
   Bruce

On 1/8/18 5:04 PM, Marcus Busekrus wrote:
> Hi Bruce,
> As we stated in our memo in opposition to your motion for sanctions,
> we are more than willing to seal the documents that your client
> objects to. As I understand, the objected-to documents would include the Letter from Mr.
> Warta's doctor as well as the 2-page "Request for Reasonable Accommodation"
> form. Is there anything else in the record that your client wishes to seal?
> Please let me know.
> Thanks,
> Marcus
>
> Marcus A. Busekrus • Associate
> Direct Line (808) 539 1148 mbusekrus@HawaiiLegal.com
>
>
>
> HawaiiLegal.com
>
>  (808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813
>
> CONFIDENTIALITY: The information contained in this e-mail message and
> any attachment is confidential and is intended only for the intended
> recipient(s). This e-mail message may be an attorney-client
> communication and, as such, is privileged and confidential. If the
> reader of this e-mail message is not the intended recipient (or the
> person responsible for the delivery of this e-mail message to an
> intended recipient), you are hereby notified that you have received
> this document in error, and that any reuse, review, printing,
> dissemination, distribution or copying of this message is strictly
> prohibited. If you have received this e-mail message in error, please
> reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.
> If this communication relates to a debt, THIS COMMUNICATION IS FROM A
> DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION
> OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL
> BE USED FOR THAT PURPOSE.

1



EXHIBIT "A"   PMK 000643

```
>
> -----Original Message-----
> From: Bruce Sherman [mailto:bfs@bfshermanlaw.com]
> Sent: Monday, January 08, 2018 3:10 PM
> To: Marcus Busekrus <mbusekrus@hawaiilegal.com>
> Subject: Warta_Filed Motion for Stay and Motion for Sanctions Replies
>
>     Marcus,
>
>     It would advisable for the parties, if we can stipulate to seal
> the medical records.
>
>     Sincerely,
>
>     Bruce
>
>
```

2

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF PLUMERIA HALE,<br><br>                 Plaintiff,<br>vs.<br><br>JEREMY L. WARTA; JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20,<br><br>                 Defendants. | CIVIL NO. 16-1-1777-09 (BIA)<br>(Declaratory Judgment)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SEAL PAGES IN RECORD PURSUANT TO HCRR RULE 9** |

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SEAL PAGES IN RECORD PURSUANT TO HCRR RULE 9

The Court having reviewed Plaintiff's Ex Parte Motion to Seal Pages In Record Pursuant to HRCC Rule 9 and other documents in support thereof, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Ex Parte Motion to Seal Pages In Record Pursuant to HRCC Rule 9 is Granted. The following pages of the following documents filed herein shall be placed under seal, and shall not be part of the public record in this action:

    a. Pages 78-82 and 89-93 of the Complaint for Declaratory and Injunctive Relief, filed herein on September 20, 2016;

    b. Pages 55-59, 77-81, and 87-105 of Plaintiff's Motion for Default Judgment and/or Summary Judgment Seeking Declaratory and Injunctive Relief, filed herein on July 7, 2017;

    c. Pages 54-58, 76-80, and 86-89 of Plaintiff's Motion for Default Judgment and/or Summary Judgment Seeking Declaratory and Injunctive Relief, filed herein on October 24, 2017; and

PMK 000645

d. Pages 23-27, 45-49, 55-58, 82-86, and 93-96 of Plaintiff's Memorandum in Opposition to Motion to Stay Proceedings Pursuant to 50 U.S.C. § 3932, filed herein on November 22, 2017.

DATED: Honolulu, Hawaii, ____JAN 16 2018____

BERT I. AYABE

[SEAL: FIRST CIRCUIT COURT STATE OF HAWAII]

JUDGE OF THE ABOVE-ENTITLED COURT

2

PMK 000646

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF PLUMERIA HALE, <br><br> Plaintiff, <br><br> vs. <br><br> JEREMY L. WARTA; JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20, <br><br> Defendants. | CIVIL NO. 16-1-1777-09 (BIA) <br> (Declaratory Judgment) <br><br> **CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party at his last known address by depositing same in the United States mail, postage prepaid, on _____JAN 1 1 2018_____.

BRUCE F. SHERMAN, ESQ.
1050 Bishop St., No 509
Honolulu, HI 96813
    Counsel for Defendant
    JEREMY L. WARTA

DATED: Honolulu, Hawaii, _____JAN 1 1 2018_____.

_____
R. LAREE MCGUIRE
MARCUS A. BUSEKRUS
Attorneys for Plaintiff
ASSOCIATION OF APARTMENT OWNERS OF PLUMERIA HALE

PMK 000647