# PMK
PORTER · McGUIRE · KIAKONA · LLP

February 20, 2020

**VIA EMAIL (bfs@bfshermanlaw.com) and (justinbrackettlaw@gmail.com)**

Jeremy Lyn Warta
c/o Bruce Sherman, Esq.
c/o Justin Brackett, Esq.

        Re:    **Unpaid Assessments**
                  **Association of Apartment Owners of Plumeria Hale - Unit 604**

Dear Jeremy Lyn Warta:

As you are aware, this firm represents the Association of Apartment Owners of Plumeria Hale (the "Association") to collect the debt owed to the Association.

Following is a breakdown of the amounts due and owing to the Association as of February 19, 2020:

| | |
|---|---:|
| Maintenance Fees | $7,763.60 |
| Electricity Charges | $1,268.49 |
| *Subtotal | $9,032.09 |
| Late Fees | $220.00 |
| Attorneys' Fees and Costs | $32,263.28 |
| Total due as of February 19, 2020 | $41,515.37 |

*Other charges, including late fees and legal charges (including the fees and costs related to releasing the lien on your Property) remain delinquent.

Payment should be in the form of a certified or cashier's check, made payable to the **Association of Apartment Owners of Plumeria Hale** and sent directly to our office.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.**

Very truly yours,

Porter McGuire Kiakona, LLP

*[signature]*

Kapono F. H. Kiakona

KFHK:kam

**EXHIBIT 4**

Porter McGuire Kiakona, LLP
841 Bishop Street, Suite 1500
Honolulu, Hawaii 96813

www.HawaiiLegal.com
Phone: (808) 539-1100
Fax: (808) 539-1189

PMK 000112