| | |
|---|---|
| **From:** | Justin Brackett <justinbrackettlaw@gmail.com> |
| **Sent:** | Wednesday, April 29, 2020 1:33 PM |
| **To:** | Marcus Busekrus |
| **Cc:** | Bruce Sherman; Kapono Kiakona |
| **Subject:** | Re: Plumeria Hale v. Warta |

Thank you for the update.

Sincerely,
Justin A. Brackett, Esq.
515 Ward Avenue
Honolulu, HI  96814
(808) 377-6778

```
                CONFIDENTIALITY and ANTI-SIGNATURE STATEMENT

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C.A. §2510 et seq., and
is legally protected. The information contained in this e-mail and any attachments is intended only
for use by the individual (or entity) for whom it was composed and intended-not necessarily to whom
it was sent. This e-mail message contains information from the law firm of Justin A. Brackett,
Attorney At Law and may be privileged, confidential, and prohibited from disclosure under
applicable rule or law. To the extent that anything contained herein is privileged, you are
notified that Justin A. Brackett, Attorney At Law has disclosed such inadvertently and should not
be construed to be a voluntary disclosure. You are hereby notified that any use, disclosure,
dissemination, distribution, copying or storage of this communication is strictly prohibited.
Unless expressly stated to the contrary in this e-mail, nothing herein should be construed as a
digital or electronic signature. If you have received this information in error, please notify our
firm's Chief of Operations immediately by telephone at (808)377-6778, and then fully delete this
message from your computer system and destroy any hard copies you may have.
```

On Wed, Apr 29, 2020 at 11:27 AM Marcus Busekrus <mbusekrus@hawaiilegal.com> wrote:

> Hi Justin,
>
> I will be sending you Mr. Warta's current account ledger shortly.  It will show, among other things, the amounts owing for maintenance fee (i.e., "dues") and electricity charges.  Before sending, we just need to review and confirm all our legal invoices are reflected on the ledger so we know the total delinquency amount is accurate.
>
> Thanks,
>
> Marcus
>
> **Marcus A. Busekrus • Associate**
>
> Direct Line  (808) 539 1148  mbusekrus@HawaiiLegal.com

EXHIBIT 5



**HawaiiLegal.com**

(808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

*If this communication relates to a debt, THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.*


**From:** Justin Brackett <justinbrackettlaw@gmail.com>
**Sent:** Friday, April 24, 2020 4:23 PM
**To:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
**Cc:** Bruce Sherman <bfs@bfshermanlaw.com>; Kapono Kiakona <kkiakona@hawaiilegal.com>
**Subject:** Re: Plumeria Hale v. Warta


Thanks Marcus,


We will relay this to Mr. Warta and respond accordingly.  Please advise as to how much is currently due to the Association for unpaid dues and how much is due to the Association for unpaid electricity.  Thanks in advance.


Sincerely,

Justin A. Brackett, Esq.

515 Ward Avenue

Honolulu, HI  96814

(808) 377-6778

2

```
                   CONFIDENTIALITY and ANTI-SIGNATURE STATEMENT


This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C.A. §2510 et seq., and
is legally protected. The information contained in this e-nail and any attachments is intended only
for use by the individual (or entity) for whom it was composed and intended-not necessarily to whom
it was sent. This e-mail message contains information from the law firm of Justin A. Brackett,
Attorney At Law and may be privileged, confidential, and prohibited from disclosure under
applicable rule or law. To the extent that anything contained herein is privileged, you are
notified that Justin A. Brackett, Attorney At Law has disclosed such inadvertently and should not
be construed to be a voluntary disclosure. You are hereby notified that any use, disclosure,
dissemination, distribution, copying or storage of this communication is strictly prohibited.
Unless expressly stated to the contrary in this e-mail, nothing herein should be construed as a
digital or electronic signature. If you have received this information in error, please notify our
firm's Chief of Operations immediately by telephone at (808)377-6778, and then fully delete this
message from your computer system and destroy any hard copies you may have.
```

On Fri, Apr 24, 2020 at 3:01 PM Marcus Busekrus <mbusekrus@hawaiilegal.com> wrote:

Hello Justin and Bruce,

I have spoken to the Board again regarding this matter than they have instructed me to offer your client a settlement offer whereby he pays to the Association a sum of $35,000.00 (thirty-five thousand) for the Association to dismiss the case, release the lien, and to zero out Mr. Warta's delinquency (including any unpaid maintenance fees and electricity charges), and he will be responsible for his own attorneys' fees.  This offer nullifies all prior offers made regarding this matter.  Please let us know your response.

Thanks,

Marcus

**Marcus A. Busekrus • Associate**

Direct Line (808) 539 1148 mbusekrus@HawaiiLegal.com



**HawaiiLegal.com**

3

(808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

*If this communication relates to a debt, THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.*

**From:** Justin Brackett <justinbrackettlaw@gmail.com>
**Sent:** Friday, February 28, 2020 1:53 PM
**To:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
**Cc:** Bruce Sherman <bfs@bfshermanlaw.com>; Kapono Kiakona <kkiakona@hawaiilegal.com>; Kimberly McCaskey <kmccaskey@hawaiilegal.com>
**Subject:** Re: Plumeria Hale v. Warta

Aloha Marcus,

Thanks for sending the January 25, 2020 offer to settle this case for $13,300.35 and the February 7, 2020 email offering to settle for $10,677.90. Note that these offers conflict with the February 20, 2020 demand letter from your firm seeking payment of $41,515.37. To that end, and in furtherance of settlement discussions, I request responses to the following questions:

1) Are the demands for maintenance fees so high because some of Mr. Warta's automatic debits have been applied to attorney fees? If so, when were Mr. Warta's maintenance payments last applied to attorney fees? How much of his maintenance fees were applied to attorney fees?

2) Are the electricity bills getting mailed directly to Mr. Warta?

3) Why are the attorneys' fees $19,630.81 as of January 25, 2020, but then $32,263.28 as of February 20, 2020?

I look forward to your response. Finally, please refrain from denigrating my co-counsel and blaming him for your firm's actions, as you did in your January 24, 2020 email to me. It is

unprofessional on your part to do so. Please also make sure to include my co-counsel on all future correspondence.

Sincerely,

Justin A. Brackett, Esq.

515 Ward Avenue

Honolulu, HI  96814

(808) 377-6778

```
                    CONFIDENTIALITY and ANTI-SIGNATURE STATEMENT


This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C.A. §2510 et seq.,
and is legally protected. The information contained in this e-mail and any attachments is intended
only for use by the individual (or entity) for whom it was composed and intended-not necessarily
to whom it was sent. This e-mail message contains information from the law firm of Justin A.
Brackett, Attorney At Law and may be privileged, confidential, and prohibited from disclosure
under applicable rule or law. To the extent that anything contained herein is privileged, you are
notified that Justin A. Brackett, Attorney At Law has disclosed such inadvertently and should not
be construed to be a voluntary disclosure. You are hereby notified that any use, disclosure,
dissemination, distribution, copying or storage of this communication is strictly prohibited.
Unless expressly stated to the contrary in this e-mail, nothing herein should be construed as a
digital or electronic signature. If you have received this information in error, please notify our
firm's Chief of Operations immediately by telephone at (808)377-6778, and then fully delete this
message from your computer system and destroy any hard copies you may have.
```

On Fri, Feb 28, 2020 at 2:27 PM Marcus Busekrus <mbusekrus@hawaiilegal.com> wrote:

> Hi Bruce, Justin,
>
> Just following up on this to keep the airways open.  We did not forget about you.  One of our paralegals will be sending a payoff letter shortly for Mr. Warta's payment of the delinquent Maintenance Fee and Electricity charges.
>
> Thanks,
>
> Marcus
>
> **Marcus A. Busekrus • Associate**

Direct Line (808) 539 1148 mbusekrus@HawaiiLegal.com



**HawaiiLegal.com**

(808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

***If this communication relates to a debt, THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.***

**From:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
**Sent:** Friday, February 07, 2020 4:17 PM
**To:** 'bfs@bfshermanlaw.com' <bfs@bfshermanlaw.com>; 'Justin Brackett' <justinbrackettlaw@gmail.com>
**Cc:** Kapono Kiakona <kkiakona@hawaiilegal.com>
**Subject:** RE: Plumeria Hale v. Warta

Bruce, Justin,

*Assuming Mr. Warta pays all his delinquent maintenance fees and electricity payments*, the only remaining balance on his ledger will be for attorneys' fees ($25,457.90) and late fees ($220.00), for a total of $25,677.90.  The Board's counter-offer to settle this case is to discount $15,000 from the total attorneys' fees and late fees assessed to his ledger and accept a total payment by Mr. Warta of $10,677.90 in satisfaction of the attorneys' fees and late fees claimed.  The Association may also be open to a long-term payment plan (i.e., more than a year).  As far as Mr. Warta's payment of the delinquent Maintenance Fee and Electricity charges, that amount will be provided in a separate payoff letter.

Thanks and we look forward to your response.

Marcus

Counsel for AOAO Plumeria Hale

**Marcus A. Busekrus • Associate**

Direct Line (808) 539 1148 mbusekrus@HawaiiLegal.com



**HawaiiLegal.com**

(808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

***If this communication relates to a debt, THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.***

**From:** Bruce Sherman <bfs@bfshermanlaw.com>
**Sent:** Wednesday, February 05, 2020 3:38 PM
**To:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
**Cc:** Justin Brackett <justinbrackettlaw@gmail.com>
**Subject:** Re: Plumeria Hale v. Warta

Marcus,

   Please provide me with the exact current monthly charges for maintenance fees, electricity, or other monthly charges so that I may have Mr. Warta make any changes, if necessary, to his automatic payment. Please remember to copy both Justin and myself with all emails, etc. Thank,

   Sincerely,

   Bruce

On 1/14/20 9:36 AM, Marcus Busekrus wrote:

Thanks.  Also, confirming we received the notice of appearance that Justin Brackett is now representing Mr. Warta in this case.

**Marcus A. Busekrus • Associate**

Direct Line  (808) 539 1148 mbusekrus@HawaiiLegal.com



**HawaiiLegal.com**

(808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

*CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.*

***If this communication relates to a debt, THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.***

**From:** Bruce Sherman <bfs@bfshermanlaw.com>
**Sent:** Tuesday, January 14, 2020 8:57 AM
**To:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
**Subject:** Re: Plumeria Hale v. Warta

Marcus,

The form is acceptable; you may append my electronic signature.

Bruce

On 1/10/20 1:06 PM, Marcus Busekrus wrote:

Hi Bruce,

Per HRCC Rule 23, please see attached proposed order denying your client's Motion to Dismiss and let me know if you approve as to form. If you approve, do we have permission to add your e-signature?

Thanks,

Marcus

**Marcus A. Busekrus • Associate**

Direct Line (808) 539 1148 mbusekrus@HawaiiLegal.com



**HawaiiLegal.com**

(808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.

***If this communication relates to a debt, THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.***

==ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE==.

**From:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
**Sent:** Tuesday, December 17, 2019 1:47 PM
**To:** 'bfs@bfshermanlaw.com' <bfs@bfshermanlaw.com>
**Cc:** 'Kapono Kiakona' <kkiakona@hawaiilegal.com>
**Subject:** RE: re: Plumeria Hale v. Warta

Hi Bruce,

Per HRCC Rule 23, please see attached proposed order denying your client's Motion to Dismiss and let me know if you approve as to form.

Thanks,

Marcus

Marcus A. Busekrus • Associate

Direct Line (808) 539 1148 mbusekrus@HawaiiLegal.com



**HawaiiLegal.com**

(808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this

*message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.*

***If this communication relates to a debt, THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.***

**From:** Marcus Busekrus <mbusekrus@hawaiilegal.com>
**Sent:** Tuesday, December 17, 2019 11:26 AM
**To:** 'bfs@bfshermanlaw.com' <bfs@bfshermanlaw.com>
**Cc:** 'Kapono Kiakona' <kkiakona@hawaiilegal.com>
**Subject:** re: Plumeria Hale v. Warta

Hi Bruce,

Just to confirm, your client's settlement offer is a "walk away" of legal fees and costs incurred in this action other than those he already paid up to November 2016—when he submitted a lump sum payment of $6,176.85 and brought his balance down to $282.68—correct?  In other words, he is offering that each side pays all of their own legal fees and costs incurred from December 1, 2016 until now, and that the Association dismiss the case, yes?  Please confirm by no later than tomorrow so we can relay the offer to the Board.

Thanks,

Marcus

**Marcus A. Busekrus • Associate**

Direct Line  (808) 539 1148  mbusekrus@HawaiiLegal.com



**HawaiiLegal.com**

(808) 539 1100 • 841 Bishop St., Ste. 1500, Honolulu, HI 96813

*CONFIDENTIALITY: The information contained in this e-mail message and any attachment is confidential and is intended only for the intended recipient(s). This e-mail message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this e-mail message is not the intended recipient (or the person responsible for the delivery of this e-mail message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail message in error, please reply to the sender that you have received the message in error and delete it without printing or making any copies of it. Thank you.*

***If this communication relates to a debt, THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED AS A RESULT OF OR IN CONNECTION WITH THIS COMMUNICATION WILL BE USED FOR THAT PURPOSE.***