**Electronically Filed
FIRST CIRCUIT
1CC161001777
06-NOV-2020
08:43 AM
Dkt. 105 MORD**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF PLUMERIA HALE,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY L. WARTA; JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20,<br><br>Defendants.<br>_____ | CIVIL NO. 16-1-1777-09 (BIA)<br>(Declaratory Judgment)<br><br>**MINUTE ORDER: NOVEMBER 6, 2020**<br><br>**[COVER PAGE]**<br><br>Date: October 29, 2020<br>Time: 10:30 a.m.<br>Judge: Honorable Bert I. Ayabe<br><br>Trial Date: Not Set |

**MINUTE ORDER: NOVEMBER 6, 2020
(RE: PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS'
FEES AND COSTS)**

EXHIBIT 9

PMK 001436

PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*MINUTE ORDER:  NOVEMBER 6, 2020\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      THE COURT HAVING REVIEWED THE SUBJECT MOTION, MEMORANDA, AND RESPONSES, AND BEING DULY ADVISED OF THE RECORD AND FILE HEREIN, AND FOR GOOD CAUSE APPEARING THEREFORE, GRANTS MOVANT'S MOTION FOR ATTORNEYS' FEES AND COSTS INCURRED FOR THE WORK PERFORMED TO ENFORCE THE PROJECT DOCUMENTS IN ACCORDANCE WITH HRS 514B-157.  FOR WORK PERFORMED FROM JANUARY OF 2016 TO NOVEMBER 12, 2017, THE COURT AWARDS $1,218.30 FOR REASONABLE ATTORNEYS' FEES AND COSTS.

      MOVANT ALSO INCURRED FEES AND COSTS INCURRED TO DEFEND AGAINST DEFENDANT'S MOTION TO STAY AND MOTION FOR SANCTIONS. ALTHOUGH MOVANT IS CLAIMING $11,548.96 FOR THIS WORK, THE COURT REDUCED THIS AMOUNT BY 50% AS THE WORK PERFORMED IN OPPOSING THE SANCTIONS SHOULD HAVE BEEN AVOIDED IF MOVANT DID NOT FILE CONFIDENTIAL INFORMATION WITH THE COURT. THEREFORE, THE COURT AWARDS $5,774.48 FOR REASONABLE ATTORNEYS' FEES AND COSTS FOR THIS CATEGORY OF WORK.

      THE COURT ALSO AWARDS MOVANT $2,686.13 IN REASONABLE ATTORNEYS' FEES AND COSTS TO DEFEND AGAINST DEFENDANT'S MOTION TO DISMISS.

      REGARDING WORK CONDUCTED ON SETTLEMENT, THE COURT ALLOWS RECOVERY FOR REASONABLE ATTORNEYS' FEES AND COSTS IN THE AMOUNT OF $2,500.00.  AS MOVANT STATES IN ITS MEMO THAT DEFENDANT NEVER ENGAGED IN MEANINGFUL SETTLEMENT DISCUSSIONS, MOVANT SHOULD HAVE SPENT LESS TIME NEGOTIATING AND DRAFTING SETTLEMENT DOCUMENTATION SINCE SETTLEMENT WAS NOT LIKELY TO OCCUR AND THE AMOUNT REQUESTED WAS REDUCED BY THE COURT.

      THE COURT ALSO ALLOWS MOVANT TO RECOVER $2,500.00 FOR REASONABLE ATTORNEYS' FEES AND COSTS TO PREPARE THE INSTANT MOTION.

      THE TOTAL ATTORNEYS' FEES AND COSTS TO MOVANT THAT THE COURT FINDS TO BE REASONABLE IS $14,678.91.

      MR. BUSEKRUS TO PREPARE THE ORDER.