**Electronically Filed
FIRST CIRCUIT
1CC161001777
06-NOV-2020
08:53 AM
Dkt. 107 MORD**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF PLUMERIA HALE,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY L. WARTA; JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20,<br><br>Defendants.<br>_____ | CIVIL NO. 16-1-1777-09 (BIA)<br>(Declaratory Judgment)<br><br>**MINUTE ORDER:  NOVEMBER 6, 2020**<br><br>**[COVER PAGE]**<br><br>Date:  October 29, 2020<br>Time:  10:30 a.m.<br>Judge:  Honorable Bert I. Ayabe<br><br>Trial Date: Not Set |

**MINUTE ORDER:  NOVEMBER 6, 2020
(RE: DEFENDANT'S MOTION TO SET ASIDE DEFAULT
ENTERED APRIL 21, 2017)**

EXHIBIT 10

PMK 001438

DEFENDANT'S MOTION TO SET ASIDE DEFAULT ENTERED APRIL 21, 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*MINUTE ORDER:  NOVEMBER 6, 2020\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE COURT HAVING REVIEWED THE SUBJECT MOTION, MEMORANDA, AND RESPONSES, AND BEING DULY ADVISED OF THE RECORD AND FILE HEREIN, AND FOR GOOD CAUSE APPEARING THEREFORE, DENIES THE MOTION AS MOVANT HAS FAILED TO SHOW GOOD CAUSE THAT THE MOTION SHOULD BE GRANTED. MOVANT HAS FILED PRIOR MOTIONS STATING THAT THIS CASE IS MOOT AS THE DOG WAS REMOVED FROM THE PROPERTY.  THE COURT AGREED WITH MOVANT'S POSITION EXCEPT THAT THERE REMAINED THE ISSUE REGARDING ATTORNEY'S FEES AND COSTS INCURRED PURSUANT TO HRS 514B-157.  THERE ARE NO OTHER ISSUES REMAINING IN THIS CASE AND MOVANT WAS NOT PREJUDICED AS MOVANT FILED OPPOSING BRIEFS AND WAS HEARD ON THE ISSUE OF ATTORNEYS FEES AND COSTS.  THEREFORE, MOVANT HAS FAILED TO SHOW THAT GOOD CAUSE EXISTS TO SET ASIDE THE DEFAULT AND THE MOTION IS HEREBY DENIED.

   MR. BUSEKRUS TO PREPARE THE ORDER.

PMK 001439