

Plf's Ex. 12 - McGuire

BRUCE F. SHERMAN  #5996-0
1050 Bishop Street No. 509
Honolulu, Hawaii 96813
Telephone: (808) 221-0901
Email: bfs@bfshermanlaw.com

JUSTIN A. BRACKETT  #9954
515 Ward Avenue
Honolulu, Hawaii 96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

Attorneys for Defendant
JEREMY L. WARTA

**Electronically Filed**
**FIRST CIRCUIT**
**1CC161001777**
**24-JAN-2022**
**11:32 AM**
**Dkt. 141 FJ**

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF PLUMERIA HALE, | CIVIL NO. 16-1-1777-09 (BIA) (Declaratory Judgment) |
| Plaintiff, | |
| vs. | **FINAL JUDGMENT** |
| JEREMY L. WARTA, JOHN DOES 1-20, JANE DOES 1-20, DOE PARTNERSHIPS 1-20, DOE CORPORATIONS 1-20, DOE ENTITIES 1-20 and DOE GOVERNMENTAL UNITS 1-20 | Hearing Date: October 29, 2020 Time: 10:30 a.m. |
| Defendants, | Judge: Honorable Bert I. Ayabe  Trial Date: Not Set |

## FINAL JUDGMENT

Pursuant to the Order Granting Plaintiff's Motion for an Award of Attorneys' Fees and

**EXHIBIT 11**

Costs filed September 22, 2020, filed March 5, 2021 ("Order"), and there being no remaining claims against any parties in this action,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the case is moot as the dog was removed from the property and there are no other issues remaining in this case. No judgment is entered as to the Complaint for Declaratory and Injunctive Relief, filed herein on September 20, 2016 in favor of Plaintiff ASSOCIATION OF APARTMENT OWNERS OF PLUMIER HALE ("Plaintiff") and against Defendant JEREMY L. WARTA ("Defendant") as the lawsuit is moot and declaratory and injunctive relief can not be granted. See November 6, 2020 Minute Order wherein the Court agreed with Movant's position that the case is moot and directed Plaintiff's counsel to prepare the Order accordingly.

IT IS FURTHER ORDERED, ADJUGED AND DECREED that judgment is entered in favor of Plaintiff for its attorneys' fees and cost and against Defendant in the amount of $14,678.91. All other claims, counterclaims and cross-claims are dismissed.

This final judgement disposes of all claims, with prejudice, and all

parties. DATED:   Honolulu, Hawaii, __January 24__, 2022.

/s/ James C. McWhinnie
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

_____
KAPONO F.H. KIAKONA
DALLAS H. WALKER

Attorneys for Plaintiff
ASSOCIATION OF APARTMENT OWNERS
OF PLUMARIA HALE

3