JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

BRUCE F. SHERMAN (HI Bar No. 5996)
1050 Bishop Street, No. 509
Honolulu, HI 96813
Telephone: (808) 221-0901
Email: bfs@bfshermanlaw.com

*Attorneys for Plaintiff*
Jeremy Warta

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEREMY WARTA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PORTER, MCGUIRE, & KIAKONA, LLP., <br><br>　　　　　Defendant. | CASE NO. 1:21-CV-00100 LEK-RT<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFF'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PORTER, MCGUIRE, & KIAKONA, LLP<br><br>Trial Date: June 6, 2022<br>Judge: Hon. Leslie E. Kobayashi |

## **CERIFICATE OF SERVICE**

The undersigned hereby certify that, on March 8, 2022, a true and correct copy of Plaintiff JEREMY WARTA's Second Request for Answers to Interrogatories and Second Request for Production of Documents to Defendant PORTER, MCGUIRE & KIAKONA, LLP was duly served via electronic mail to the following persons:

Bennett J. Chin bchin@grsm.com
Sabrina M. Kawana skawana@grsm.com
Mia Obciana mobciana@grsm.com

GORDON REES SCULLY MANSUKHANI, LLP
PO Box 299
Honolulu, Hawaii 96809-0299
915 Fort Street Mall, Suite 601
Honolulu, Hawaii 96813

*Attorneys for Defendant*
Porter, McGuire, & Kiakona, LLP


DATED:  Honolulu, Hawaii, March 10, 2022.

                                      */s/ Justin A. Brackett*_____
                                      Justin A. Brackett, Esq.
                                      Bruce F. Sherman, Esq.
                                      *Attorneys for Plaintiff*
                                      Jeremy Warta