JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

BRUCE F. SHERMAN (HI Bar No. 5996)
1050 Bishop Street, #509
Honolulu, HI 96813
Telephone:  (808) 221-0901
Email:  bfs@bfshermanlaw.com

*Attorneys for Plaintiff*
Jeremy Warta

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| JEREMY WARTA, | CIVIL NO. 1:21-CV-00100 LEK-WRP |
| Plaintiff, | CERTIFICATE OF SERVICE OF PLAINTIFF JEREMY WARTA'S RESPONSE TO DEFENDANT'S FIRST REQUESTS FOR ADMISSIONS, INTERROGATORIES, AND PRODUCTION OF DOCUMENTS |
| v. | |
| PORTER MCGUIRE KIAKONA, LLP, | |
| Defendant. | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the date first stated below, or in compliance with the rules of this Court, I did serve a true and exact copy of the foregoing documents via electronic mail:

1

Bennett J. Chin, Esq.                          bchin@grsm.com
Sabrina M. Kawana, Esq.                        skawana@grsm.com
Mia Obciana, Esq.                              mobciana@grsm.com
Gordon Rees Scully Mansukhani, LLP
P.O. Box 299
Honolulu, HI 96809-0299

*Attorneys for Defendant*
Porter McGuire Kiakona, LLP


DATED:  Honolulu, Hawaii, April 8, 2022.


                                    */s/ Justin A. Brackett*
                                    Justin A. Brackett, Esq.
                                    *Attorney for Plaintiff*
                                    Jeremy Warta