GORDON REES SCULLY MANSUKHANI, LLP

| | |
|---|---|
| BENNETT J. CHIN | #6439-0 |
| MIA D. OBCIANA | #8424-0 |
| SABRINA M. KAWANA | #10786-0 |

707 Richards Street, Suite 625
Honolulu, Hawaii 96813
Telephone No.: (808) 441-1830
Facsimile No.: (808) 464-6535
E-mail:  bchin@grsm.com; mobciana@grsm.com;
            skawana@grsm.com

Attorneys for Defendant
Porter McGuire Kiakona, LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEREMY WARTA, | ) | CIVIL NO. 1:21-cv-00100 LEK-WRP |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE RE: |
| | ) | DEFENDANT PORTER MCGUIRE |
| vs. | ) | KIAKONA, LLP'S FIRST |
| | ) | AMENDED PRIVILEGE LOG |
| PORTER, MCGUIRE, & KIAKONA, LLP, | ) | |
| | ) | |
| Defendant. | ) | |

66594934.2

CERTIFICATE OF SERVICE RE: DEFENDANT PORTER MCGUIRE KIAKONA, LLP'S FIRST AMENDED PRIVILEGE LOG

The undersigned hereby certifies that, on April 27, 2022, a true and correct copy of DEFENDANT PORTER MCGUIRE KIAKONA, LLP'S FIRST AMENDED PRIVILEGE LOG, dated April 27, 2022, was duly served upon the following persons by the method of service indicated below:

**Served Electronically through Email:**

JUSTIN A. BRACKETT, ESQ.          justinbrackettlaw@gmail.com
515 Ward Avenue
Honolulu, Hawaii 96814

   - and -

BRUCE F. SHERMAN, ESQ.          bfs@bfshermanlaw.com
1050 Bishop Street, No. 509
Honolulu, Hawaii 96813
   Attorneys for Plaintiff
   Jeremy Warta

DATED: Honolulu, Hawaii, April 27, 2022.

/s/ Sabrina M. Kawana
BENNETT J. CHIN
MIA D. OBCIANA
SABRINA M. KAWANA

Attorneys for Defendant
Porter McGuire Kiakona, LLP