IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEREMY WARTA, | ) | CIVIL NO. 21-00100 LEK-WRP |
| | ) | |
| Plaintiff, | ) | ORDER AS TO DOCUMENTS |
| | ) | SUBMITTED FOR IN CAMERA |
| vs. | ) | REVIEW |
| | ) | |
| PORTER, MCGUIRE, & KIAKONA, LLP, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER AS TO DOCUMENTS SUBMITTED FOR IN CAMERA REVIEW

On May 20, 2022, the Court directed Defendant Porter, McGuire, & Kiakona LLP (PMK) to submit two documents for in camera review in response to the parties' discovery dispute.  See ECF No. 87.  Upon review of those documents (PMK 002458 - PMK 002464 and PMK 002757 - PMK 002761), which the Court received on May 27, 2022, the Court finds that PMK has failed to meet its burden of demonstrating these retainer letter/engagement agreements between PMK and its client, the Association of Apartment Owners of Plumeria Hale, are protected by the attorney-client privilege.  See, e.g., Physicians Healthsource, Inc. v. Masimo Corp., et al., 2019 WL 8755114, at *2 (C.D. Cal. July 30, 2019) ("The Ninth Circuit has repeatedly held retainer agreements are not protected by the attorney-client privilege or work product doctrine.").  The documents do not reveal anything

beyond "the identity of the client, the amount of the fee, the identification of payment by case file name, and the general purpose of the work performed" and so PMK has not shown why such documents may properly be withheld as privileged. See id. (citation omitted).

By no later than June 13, 2022, PMK must therefore produce these two documents to Plaintiff. As previously indicated, and at PMK's request, the Court will require that production be pursuant to a stipulated protective order between the parties to protect the confidentiality of this information and to ensure that is used solely for this case and not revealed to any person not entitled to receive such information.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, MAY 27, 2022.



Wes Reber Porter
United States Magistrate Judge

**WARTA vs. PORTER, MCGUIRE, & KIAKONA, LLP.; CIVIL NO. 21-00100 LEK-WRP; ORDER AS TO DOCUMENTS SUBMITTED FOR IN CAMERA REVIEW**