JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

BRUCE F. SHERMAN (HI Bar No. 5996)
1050 Bishop Street, No. 509
Honolulu, HI 96813
Telephone: (808) 221-0901
Email: bfs@bfshermanlaw.com

*Attorneys for Plaintiff*
Jeremy Warta

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEREMY WARTA, | CIV NO. 21-00100 LEK-WRP |
| Plaintiff, | |
| vs. | MEDICAL RECORDS SUBMITTED IN CAMERA AND UNDER SEAL TO JUDGE LESLIE E. KOBAYASHI; REDACTED DECLARATION OF BRUCE F. SHERMAN; CERTIFICATE OF SERVICE |
| PORTER, MCGUIRE, & KIAKONA, LLP., | |
| Defendant. | |

**MEDICAL RECORDS SUBMITTED IN CAMERA AND UNDER SEAL TO JUDGE LESLIE E. KOBAYASHI**

1