JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

BRUCE F. SHERMAN (HI Bar No. 5996)
1050 Bishop Street, No. 509
Honolulu, HI 96813
Telephone: (808) 221-0901
Email: bfs@bfshermanlaw.com

*Attorneys for Plaintiff*
Jeremy Warta

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEREMY WARTA, | CIV NO. 21-00100 LEK-WRP |
| Plaintiff, | |
| vs. | DECLARATION OF BRUCE F. SHERMAN |
| PORTER, MCGUIRE, & KIAKONA, LLP., | |
| Defendant. | |

### DECLARATION OF BRUCE F. SHERMAN

I, BRUCE F. SHERMAN, do declare under penalty of law that the foregoing is true and correct.

1. I have reviewed the Court file and pleadings in the state lawsuit, AOAO of Plumeria Hale v. Jeremey Warta, CIVIL NO. 16-1-1777-09 (BIA) (Other Action/Ejectment) numerous times.

1

2.  My review of the Court file reveals that Plaintiff's counsel, Porter, McGuire, & Kiakona ("PMK") did not seek to designate any part of any pleading that it filed in CIVIL NO. 16-1-1777-09 (BIA) as confidential information, and never sought to seal Mr. Warta's medical records until requested by Mr. Warta's counsel and ordered to do so by the Circuit Court.

3.  In the Complaint filed by PMK on September 20, 2016, Exhibits E and F contained Mr. Warta's medical records relating to his disability and the basis for his request for an assistance dog. ███████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

2

████████████████████████████████████████

████████████████████████

4.  In the publicly filed Motion for Default Judgment and/or for Summary Judgment Seeking Declaratory and Injunctive Relief filed on July 7, 2017, PMK again disclosed Mr. Warta's medical records in Exhibits D, G, and H.

5.  In the publicly filed Motion for Default Judgment and/or for Summary Judgment Seeking Declaratory and Injunctive Relief filed on October 24, 2017, PMK again disclosed Mr. Warta's medical records in Exhibits D, G, and H.

6.  In the publicly filed Plaintiff's Memorandum In Opposition To Motion To Stay Proceedings Pursuant To 50 U.S.C. § 3932 filed on November 22, 2017, PMK again disclosed Mr. Warta's medical records four more times, including disclosures in Exhibits B, E, F.

7.  Mr. Warta's private and personal medical information was exposed by PMK through the above-described pleadings thirteen separate times, and it remained exposed to the public for over fifteen (15) months from September 20, 2016 to January 17, 2018.

8.  Plaintiff did not move to seal the Defendant's medical records until after the Circuit Court ordered it to do so on January 11, 2018. See docket report for CIVIL NO. 16-1-1777-09 (BIA).

9. The sealed documents submitted to the Court are the medical records described above, and the submission is made under seal pursuant to the Court's Order dated August 23, 2022 (Doc #95).

THE UNDERSIGNED DECLARES UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, August 29, 2022.

*/s/ Bruce F. Sherman*
BRUCE F. SHERMAN