JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

BRUCE F. SHERMAN (HI Bar No. 5996)
1050 Bishop Street, #509
Honolulu, HI 96813
Telephone: (808) 221-0901
Email: bfs@bfshermanlaw.com

*Attorneys for Plaintiff*
Jeremy Warta

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEREMY WARTA, | CIVIL NO. 1:21-CV-00100 LEK-WRP |
| Plaintiff, | CERTIFICATE OF SERVICE OF PLAINTIFF'S FINAL PRETRIAL STATEMENT |
| v. | |
| PORTER, MCGUIRE, & KIAKONA, LLP, | JURY TRIAL REQUESTED |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date first stated below, or in compliance with the rules of this Court, I did serve a true and exact copy of the foregoing documents via the Court's CM/ECF system:

1

| | |
|---|---|
| Bennett J. Chin, Esq. | bchin@grsm.com |
| Sabrina M. Kawana, Esq. | skawana@grsm.com |
| Mia Obciana, Esq. | mobciana@grsm.com |

Gordon Rees Scully Mansukhani, LLP
P.O. Box 299
Honolulu, HI 96809-0299

*Attorneys for Defendant*
Porter, McGuire, & Kiakona, LLP

DATED:  Honolulu, Hawaii, August 30, 2022.

/s/ *Justin A. Brackett*
Justin A. Brackett, Esq.
*Attorney for Plaintiff*
Jeremy Warta