ATTACHMENT 1

**Defendant's Exhibit List**

| No. | Date | Description | Purpose/Witness |
|---|---|---|---|
| 1 | 02/17/2021 | Complaint for Damages Declaratory and Injunctive Relief, Exhibits A-N, and Summons [ECF No. 1] | Jeremy Warta |
| 2 | 01/24/2022 | Amended Complaint for Damages and Injunctive Relief, Exhibits A-O, and Summons [ECF No. 44] | J. Warta |
| 3 | 09/20/2016 | Complaint for Declaratory and Injunctive Relief; Exhibits "A"-"F"; Summons; Civil No. 16-1-1777-09, First Circuit Court, State of Hawaii | J. Warta |
| 4 | 03/07/2022 | Docket, Civil No. 16-1-1777-09 | J. Warta |
| 5 | 12/21/2017 | Motion for Sanctions, Attorneys Fees and Costs; Memorandum in Support; Declaration of Bruce F. Sherman; Declaration of Jeremy L. Warta; Notice of Motion and Certificate of Service | J. Warta; K. Kiakona; L. McGuire; M. Busekrus |
| 6 | 01/03/2018 | Plaintiff's Memorandum in Opposition to Defendant's Motion for Sanctions, Attorneys Fees and Costs; Declaration of Counsel; Certificate of Service | J. Warta; K. Kiakona; M. Busekrus |
| 7 | 01/08/2018 | Defendant's Reply to Opposition to Motion for Sanctions, Attorneys Fees and Costs; Declaration of Bruce F. Sherman; Declaration of Jeremy L. Warta; Exhibits 1-2; Certificate of Service | J. Warta; K. Kiakona; M. Busekrus |
| 8 | 03/05/2021 | Order Denying With Prejudice Defendant's Motion for Sanctions, Attorneys Fees and Costs, Filed December 21, 2017 | J. Warta; K. Kiakona; M. Busekrus |

| No. | Date | Description | Purpose/Witness |
|---|---|---|---|
| 9 | 01/17/2018 | Plaintiff's Ex Parte Motion to Seal Pages in Record Pursuant to HCRR Rule 9; Declaration of Counsel; Exhibit "A"; Order Granting Plaintiff's Ex Parte Motion to Seal Pages in Record Pursuant to HCRR Rule 9; Certificate of Service | J. Warta; K. Kiakona; M. Busekrus |
| 10 | 01/17/2018 | (Sealed) Pages Filed Under Seal Pursuant to HCRR Rule 9 | J. Warta; K. Kiakona; M. Busekrus |
| 11 | 09/22/2020 | Plaintiff's Motion for an Award of Attorneys' Fees and Costs; Memorandum in Support of Motion; Declaration of Counsel; Declaration of April Padello; Exhibits "1"-"11"; Notice of Hearing and Certificate of Service | J. Warta; K. Kiakona; M. Busekrus |
| 12 | 10/19/2020 | Memorandum in Opposition to Plaintiff's Motion for an Award of Attorneys' Fees and Costs; Declaration of Bruce F. Sherman; Exhibits "A-C"; Certificate of Service | J. Warta; K. Kiakona |
| 13 | 10/26/2020 | Reply Memorandum in Support of Plaintiff's Motion for an Award of Attorneys' Fees and Cost; Declaration of Kapono F.H. Kiakona; Certificate of Service | J. Warta; K. Kiakona |
| 14 | 11/06/2020 | Minute Order: November 6, 2020 (Re: Plaintiff's Motion for an Award of Attorneys' Fees and Costs) | J. Warta; K. Kiakona |
| 15 | 11/06/2020 | Minute Order: November 6, 2020 (Re: Defendant's Motion to Set Aside Default Entered April 21, 2017) | J. Warta; K. Kiakona |
| 16 | 11/24/2022 | Final Judgment | J. Warta; K. Kiakona; L. McGuire |

| No. | Date | Description | Purpose/Witness |
|---|---|---|---|
| 17 | 10/27/2016 | Letter from PMK to J. Warta c/o Kristi Bao | J. Warta; AOAO Plumeria Hale Rep |
| 18 | 09/14/2015 | Plumeria Hale Incident Reports | J. Warta; AOAO Rep |
| 19 | 07/23/2015 | Plumeria Hale Incident Report | J. Warta; AOAO Rep |
| 20 | 05/07/2015 | Plumeria Hale Incident Report | J. Warta; AOAO Rep |
| 21 | 05/18/2016 | Letter from Hawaiian Properties, Ltd. to J. Warta | J. Warta; Hawaiian Properties Rep |
| 22 | 06/01/2016 | Letter from Hawaiian Properties, Ltd. to J. Warta | J. Warta; Hawaiian Properties Rep |
| 23 | 11/06/2016 | Minute Order: November 6, 2020 (Re: Plaintiff's Motion for an Award of Attorneys' Fees and Costs) | J. Warta; Hawaiian Properties Rep |
| 24 | 01/27/2016 | Letter from PMK to J. Warta Re: Agreement to Reasonable Restrictions Regarding the Use of the Assistance Animal | J. Warta |
| 25 | 02/12/2016 | Executed Agreement to Reasonable Restrictions Regarding the Use of the Assistance Animal and supporting documentation | J. Warta |
| 26 | 07/12/2016 | Letter from PMK to J. Warta Re: Letter Agreement re Assistance Animal | J. Warta |
| 27 | 08/04/2016 | Letter from PMK to J. Warta Re: Demand to Remove Assistance Animal | J. Warta |
| 28 | 10/28/2016 | Letter from PMK to J. Warta Re: Unpaid Assessments | J. Warta |
| 29 | 03/22/2017 | Letter from PMK to J. Warta Re: Demand to Remove Assistance Animal | J. Warta |
| 30 | 10/03/2017 | Letter from PMK to J. Warta Re: Unpaid Assessments | J. Warta; K. Kiakona |
| 31 | 08/20/1974 | Bylaws of the Association of Owners of Plumeria Hale | J. Warta; AOAO Rep |

| No. | Date | Description | Purpose/Witness |
|---|---|---|---|
| 32 | 02/06/1986 | Amendment to Declaration of Horizontal Property Regime | J. Warta; AOAO Rep |
| 33 | | Declaration of Horizontal Property Regime of "Plumeria Hale" and Amendments | J. Warta; AOAO Rep |
| 34 | | Plumeria Hale House Rules and Amendments | J. Warta; AOAO Rep |
| 35 | | The Association of Apartment Owners of Plumeria Hale Assistance Animal Policy | J. Warta; AOAO Rep |
| 36 | | Plumeria Hale Proposed Animal Rules | J. Warta; AOAO Rep |
| 37 | | Board Minutes 2016-2020 | AOAO Rep; Hawaiian Properties Rep |
| 38 | | Tenant Ledgers | AOAO Rep; Hawaiian Properties Rep |
| 39 | 03/29/2022 | Deposition Transcript of Jeremy Warta | J. Warta |
| 40 | 01/26/2022 | Deposition Transcript of R. Laree McGuire | R.L. McGuire |
| 41 | 04/04/2022 | Deposition Transcript of Kapono Kiakona | K. Kiakona |