IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEREMY WARTA, | ) | CIVIL NO. 1:21-cv-00100 LEK-WRP |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| PORTER, MCGUIRE, & KIAKONA, LLP, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, a true and correct copy of the foregoing document was duly served upon the following persons by the method of service indicated below:

**Served Electronically through CM/ECF:**

JUSTIN A. BRACKETT, ESQ.    justinbrackettlaw@gmail.com
515 Ward Avenue
Honolulu, Hawaii 96814

  - and -

BRUCE F. SHERMAN, ESQ.                    bfs@bfshermanlaw.com
1050 Bishop Street, No. 509
Honolulu, Hawaii 96813
    Attorneys for Plaintiff
    Jeremy Warta

DATED:  Honolulu, Hawaii, August 30, 2022.

                                    /s/ Sabrina M. Kawana
                                    BENNETT J. CHIN
                                    MIA D. OBCIANA
                                    SABRINA M. KAWANA

                                    Attorneys for Defendant
                                    Porter McGuire Kiakona, LLP