# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 21-00100 LEK-WRP |
| CASE NAME: | Warta v Porter, McGuire, and Kiakona, LLP |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 9/2/2022 |

COURT ACTION:  EO: COURT ORDER: ORDER ADVANCING TRIAL DATE BY ONE WEEK

       This matter is currently scheduled to commence jury trial on October 17, 2022. Due to the Court's trial commitments for the month of October, the trial in this matter is advanced by one week and jury selection with trial to follow shall commence on **October 11, 2022.** The parties' deadline for their motions in limine is advanced to **September 20, 2022**, and their deadline for their opposition memoranda is advanced to **September 27, 2022**. All other trial-related deadlines shall remain unchanged.

       IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager