GORDON REES SCULLY MANSUKHANI, LLP

BENNETT J. CHIN  #6439-0
MIA D. OBCIANA  #8424-0
SABRINA M. KAWANA  #10786-0
707 Richards Street, Suite 625
Honolulu, Hawaii 96813
Telephone No.: (808) 441-1830
Facsimile No.: (808) 464-6535
E-mail:  bchin@grsm.com; mobciana@grsm.com;
 skawana@grsm.com

Attorneys for Defendant
Porter McGuire Kiakona, LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEREMY WARTA, | CIVIL NO. 1:21-cv-00100 LEK-WRP |
| Plaintiff, | DEFENDANT PORTER MCGUIRE KIAKONA, LLP'S PROPOSED CONCISE STATEMENT OF THE CASE; CERTIFICATE OF SERVICE |
| vs. | |
| PORTER, MCGUIRE, & KIAKONA, LLP, | |
| Defendant. | Trial Date:  October 11, 2022<br>Judge: Hon. Leslie E. Kobayashi |

DEFENDANT PORTER MCGUIRE KIAKONA, LLP'S
<u>PROPOSED CONCISE STATEMENT OF THE CASE</u>

Defendant Porter McGuire Kiakona, LLP, by and through its counsel,

Gordon Rees Scully Mansukhani, LLP, pursuant to the Amended Rule 16

71123295.2

Scheduling Order filed on April 25, 2022 [ECF No. 76], respectfully submits its proposed concise statement of the case for the court's review and consideration.

DATED: Honolulu, Hawaii, October 4, 2022.

/s/ Mia D. Obciana
BENNETT J. CHIN
MIA D. OBCIANA
SABRINA M. KAWANA

Attorneys for Defendant
Porter McGuire Kiakona, LLP

## **DEFENDANT'S PROPOSED CONCISE STATEMENT**

Plaintiff Jeremy Warta ("Warta") owns a unit at the Plumeria Hale condominium. Defendant Porter McGuire Kiakona, LLP ("PMK") is a law firm based in Honolulu, and retained by the Association of Apartment Owners of Plumeria Hale (the "AOAO") to assist the AOAO in general association matters, including covenant enforcement.

In 2016, Warta breached a written contract with the AOAO, which allowed him a reasonable accommodation to keep an assistance animal in his Unit, despite the AOAO's "no pet policy." After Warta repeatedly breached the terms of the agreement, and refused to remove his dog from the Unit, the AOAO enlisted the assistance of its attorneys, PMK, to enforce its covenants. In accordance with the governing documents, which Warta was contractually bound by, Warta was assessed legal fees that the AOAO incurred arising from Warta's covenant violations and breach of his contractual agreement.

In September 2016, PMK, on behalf of its client, the AOAO, brought a lawsuit in the Circuit Court against Warta. At the end of the court case, the Circuit Court awarded the AOAO $14,678.91 in reasonable attorneys' fees and costs.

Now, Warta brings claims against PMK claiming that PMK violated provisions of the Fair Debt Collections Practices Act ("FDCPA"), in PMK's attempts to collect the debt Warta owed to the AOAO.

71123295.2

In addition, Warta asserts he is entitled to punitive damages caused by the inclusion of his medical information in the court record. PMK filed four documents that included Warta's medical information relating to his request for and qualification to have an assistance animal in his Unit. The information was publicly available from September 2016 until State Court's order to seal the records in January 2018.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEREMY WARTA, | ) | CIVIL NO. 1:21-cv-00100 LEK-WRP |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| PORTER, MCGUIRE, & KIAKONA, LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, a true and correct copy of the foregoing document was duly served upon the following persons by the method of service indicated below:

**Served Electronically through CM/ECF:**

JUSTIN A. BRACKETT, ESQ.  justinbrackettlaw@gmail.com
515 Ward Avenue
Honolulu, Hawaii 96814

- and -

BRUCE F. SHERMAN, ESQ.  bfs@bfshermanlaw.com
1050 Bishop Street, No. 509
Honolulu, Hawaii 96813

- and -

71123295.2

RICHARD L. HOLCOMB, ESQ.           rholcomblaw@gmail.com
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
   Attorneys for Plaintiff
   Jeremy Warta

DATED:  Honolulu, Hawaii, October 4, 2022.

        /s/ Mia D. Obciana
        BENNETT J. CHIN
        MIA D. OBCIANA
        SABRINA M. KAWANA

        Attorneys for Defendant
        Porter McGuire Kiakona, LLP