```
                    UNITED STATES DISTRICT COURT
```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 14, 2022
John A. Mannle, Clerk of Court

```
                         DISTRICT OF HAWAII
```

| | |
|---|---|
| JEREMY WARTA,<br><br>         Plaintiff,<br><br>    vs.<br><br>PORTER, MCGUIRE, & KIAKONA, LLP,<br><br>         Defendant. | CIV. NO. 21-00100 LEK-WRP |

### COURT'S PROPOSED SPECIAL JURY VERDICT FORM

You must answer all the questions, unless otherwise directed in the instructions. You should read the entire Special Jury Verdict Form before proceeding to answer.

Answer the questions in numerical order. Follow all directions carefully. Each answer requires the unanimous agreement of all members of the jury. If you do not understand any question or wish to communicate with the court, you must do so only in writing through the bailiff.

**SECTION I: FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) CLAIM**

1. Has Plaintiff shown by a preponderance of the evidence that that Defendant violated the requirements of the FDCPA?

    Yes ✓      No _____

    If you answered "Yes" to Question No. 1, then proceed to answer Question No. 2. If you answered "No" to Question No. 1, then proceed to answer Section II and do not answer Question Nos. 2 and 3.

2. Has Plaintiff shown by a preponderance of the evidence that Defendant's violation of the FDCPA caused injury to him?

    Yes ✓      No _____

If you answered "Yes" to Question No. 2, then proceed to answer Question No. 3.  If you answered "No" to Question No. 2, then proceed to Section II and do not answer Question No. 3.

3. Please state the amount of actual damages sustained by Plaintiff:

$ __50,000__

Proceed to Section II.

### SECTION II: INVASION OF PRIVACY CLAIM

4. Has Plaintiff shown by a preponderance of the evidence that Defendant's invasion of Plaintiff's privacy caused injury to Plaintiff?

   Yes __✓__   No _____

If you answered "Yes" to Question No. 4, then proceed to answer Question No. 5.  If you answered "No" to Question No. 4, then do not answer Part III, and sign and date the form.

5. Please state the amount of damages caused by Defendant's invasion of Plaintiff's privacy?

$ __25,000__

Proceed to Part III only if you answered "Yes" to Question No. 4 and you answered Question No. 5.

### SECTION III

6. Has Plaintiff shown by clear and convincing evidence that Defendant acted intentionally, willfully, wantonly, oppressively, maliciously or in a grossly negligent manner when Defendant caused invasion of Plaintiff's privacy?

   Yes __✓__   No _____

2

If you answered "Yes" to Question No. 6, then proceed to answer Question No. 7. If you answered "No" to Question No. 6, then do not answer Question No. 7, and sign and date the form.

7. What is the amount of money required to punish Defendant considering its financial condition?

   $ <u>400,000</u>

Please stop, sign and date this form, and contact the Bailiff.

DATED at Honolulu, Hawai'i, *October 14, 2022* ~~XXXXXXXXXXXXXXXXXXXXX~~.

Signed: /S/ Foreperson

3