JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

BRUCE F. SHERMAN (HI Bar No. 5996)
1050 Bishop Street, No. 509
Honolulu, HI 96813
Telephone: (808) 221-0901
Email: bfs@bfshermanlaw.com

RICHARD L. HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite 808
Honolulu, HI 96813
Telephone: (808) 545-4040
Email: rhlcomblaw@gmail.com

*Attorneys for Plaintiff*
Jeremy Warta

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEREMY WARTA,<br><br>           Plaintiff,<br><br>     v.<br><br>PORTER MCGUIRE & KIAKONA, LLP.,<br><br>           Defendant. | CASE NO. 1:21-CV-00100 LEK-WRP<br><br>PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT; EXHIBIT A; PROPOSED JUDGMENT; CERTIFICATE OF SERVICE |

## PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT

Comes now, Plaintiff Jeremy Warta, by and through his undersigned counsel, and moves pursuant to Rule 58(b)(2)(A) of the Federal Rules of Civil Procedure for entry of a judgment on the special verdict returned by the jury on Friday, October 14, 2022. See attached Exhibit A, Dkt. 171. As the jury verdict finds Defendant violated the FDCPA, and in compliance with 15 U.S.C. 1692(k)(a), the damages for Defendant's FDCPA violation(s) are: (1) actual damages sustained, (2) such additional statutory damages as the Court may allow, but not exceeding $1,000.00, and 3) the costs of the action, together with a reasonable attorney's fee as determined by the Court.

Therefore, Plaintiff requests the Court enter judgment against Defendant as provided by the jury on the special verdict form[1] and pursuant to 15 U.S.C. 1692(k)(a)(2)(A) as follows: FDCPA actual damages in the amount of $50,000.00 (fifty thousand dollars); FDCPA statutory damages in the amount of $1,000.00; Invasion of Privacy actual damages in the amount of $25,000.00 (twenty-five thousand dollars); Punitive Damages in the amount of $400,000.00 (four hundred thousand dollars); and the costs of the action, together with a reasonable attorneys' fee amount as determined by the Court. The total requested judgment for Plaintiff and against Defendant is $476,000.00 plus costs and a reasonable attorneys' fee.

---

[1] Attached hereto as Exhibit A.

Plaintiff also files the proposed Judgment, Form AO450, attached hereto.

DATED: October 20, 2022, Honolulu, Hawaii.

*/s/ Justin A. Brackett*
Justin A. Brackett, Esq.
Bruce F. Sherman, Esq.
Richard L. Holcomb, Esq.
*Attorneys for Plaintiff*
Jeremy Warta
