# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 21-00100 LEK-WRP |
| CASE NAME: | Warta v Porter, McGuire, and Kiakona, LLP |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 10/20/2022 |

COURT ACTION:   EO: COURT ORDER STAYING FILING OF ENTRY OF JUDGMENT AND POST-TRIAL MOTIONS FOR 60 DAYS

A jury trial was held in this matter and a verdict received on October 14, 2022. See Special Verdict form filed 10/14/22 (dkt. no. 171). Defendant Porter McGuire Kiakona, LLP ("Defendant") filed its motion seeking judgment as a matter of law on October 17, 2022. See Defendant's Motion for Judgment as a Matter of Law filed 10/17/22 (dkt. no. 169) ("Motion). Plaintiff Jeremy Warta ("Plaintiff") filed his request for entry of judgment on October 20, 2022. See Plaintiff's Request for Entry of Judgment filed 10/20/22 (dkt. no. 173).

A 60-day stay of the entry of judgment and all post-trial motions is hereby imposed, and the parties are DIRECTED to meet with the magistrate judge for a settlement conference in this matter.  The Court will not issue a briefing schedule for the Motion until after the stay has expired. The Court has determined that the time and resources of the parties is better served by discussions with the magistrate judge during the next 60 days.  Any party can seek an extension of the stay by submitting a letter request to this Court before the stay expires.

For the foregoing reasons, the Court imposes a stay of all post-trial motions until **December 21, 2022** and DIRECTS Defendant's counsel to contact the magistrate judge's chambers by **no later than October 24, 2022** to request the scheduling of a settlement conference.

Further, the Clerk's Office is DIRECTED to file the entry of judgment **no earlier than December 22, 2022, unless the Court authorizes an extension of the stay**.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager