## MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00100-LEK-WRP |
| CASE NAME: | Jeremy Warta v. Porter, McGuire, & Kiakona, LLP |
| ATTY FOR PLA: | Bruce F. Sherman, Esq.<br>Justin A. Brackett, Esq.<br>Richard L. Holcomb, Esq. |
| ATTY FOR DEFT: | Mia Dianne Obciana, Esq.<br>Sabrina M. Kawana, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | VTC |
| DATE: | 11/4/2022 | TIME: | 9:01 am – 9:14 am |

COURT ACTION:  EP:     SETTLEMENT ON THE RECORD

Mr. Bruce Sherman, Mr. Justin Brackett, and Mr. Richard Holcomb appeared for Plaintiff.

Ms. Mia Obciana and Ms. Sabrina Kawana, appeared for Defendant.

The Court held a Settlement on the Record by video teleconference.

Counsel stated the key terms on the record.

The Court found that the parties have entered into a valid and enforceable settlement.

Stipulation for Dismissal shall be submitted to kobayashi_orders@hid.uscourts.gov no later than January 4, 2023.

*Submitted by: Jocelyn Orosz, Courtroom Manager*