JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

BRUCE F. SHERMAN (HI Bar No. 5996)
1050 Bishop Street, No. 509
Honolulu, HI 96813
Telephone: (808) 221-0901
Email: bfs@bfshermanlaw.com

RICHARD L. HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite 808
Honolulu, HI 96813
Telephone: (808) 545-4040
Email: rholcomblaw@gmail.com

*Attorneys for Plaintiff*
Jeremy Warta

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| JEREMY WARTA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PORTER MCGUIRE & KIAKONA, LLP.,<br><br>　　　　　Defendant. | CASE NO. 1:21-CV-00100 LEK-WRP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE
ACTION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby STIPULATED AND AGREED, by and between Plaintiff Jeremy Warta ("Plaintiff") and Defendant Porter McGuire & Kiakona, LLP ("Defendant"), by and through their undersigned counsel, that all of Plaintiff's claims in the above-captioned matter, and any and all claims that Plaintiff could have raised against Defendant, shall be and hereby are DISMISSED WITH PREJUDICE.

There are no remaining parties, claims or issues remaining in this matter. Each party agrees to bear their own attorneys' fees and costs.

Respectfully submitted this 13th day of January, 2023.

| | |
|---|---|
| */s/ Justin A. Brackett* | */s/ Mia D. Obciana* |
| Justin A. Brackett, Esq. | Bennett J. Chin, Esq. |
| Bruce F. Sherman, Esq. | Sabrina M. Kawana, Esq. |
| Richard L. Holcomb, Esq. | Mia D. Obciana, Esq. |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Jeremy Warta | Porter McGuire & Kiakona, LLP |

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

Warta v. Porter McGuire & Kiakona, LLP – 1:21-CV-00100 LEK-WRP –
Stipulation for Dismissal with Prejudice of Entire Action